UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAN MOORE,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 18-cv-00634-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 24, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: May 3, 2019.

DESIGNATION OF EXPERTS: July 19, 2019; REBUTTAL: August 2, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: August 16, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; May 24, 2019;
    Opp. Due: June 7, 2019; Reply Due: June 14, 2019;
    and set for hearing no later than June 28, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: September 10, 2019 at 3:30 PM.

JURY TRIAL DATE: September 23, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The deadline to amend the pleadings is August 31, 2018. No referral to an ADR process was made at this time. Counsel shall determine if plaintiff will be deposed prior to a settlement conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 6/25/18

_____
SUSAN ILLSTON
United States District Judge