UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAN MOORE,

          Plaintiffs,

   v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

          Defendants.

Case No. 18-cv-00634-SI (SI)

AMENDED
**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 23, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: October 4, 2019.

DESIGNATION OF EXPERTS: December 2, 2019; REBUTTAL: December 20, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 17, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; October 11, 2019;
    Opp. Due: October 25, 2019; Reply Due: November 1, 2019;
    and set for hearing no later than November 15, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: February 11, 2020 at 3:30 PM.

JURY TRIAL DATE: February 24, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The case has been set for a settlement conference on 5/30/19, before Magistrate-Judge Illman.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 3/18/19

_____
SUSAN ILLSTON
United States District Judge