UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAN MOORE,

        Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

Case No. 18-cv-00634-SI

**ORDER ON MOTION TO CONTINUE**

Re: Dkt. No. 57, 60

    Having reviewed the parties' papers, the Court hereby GRANTS defendants' motion to continue the trial date. Plaintiff's administrative motion to file under seal is granted. The trial is now set for April 6, 2020 with the pretrial conference set for March 24 at 3:30 p.m. The parties shall submit their pre-trial papers no later than March 17, 2020.

    Summary judgment motions must be filed on or before February 7, 2020. Oppositions are due February 21, 2020 and replies on February 28, 2020. The hearing on motions for summary judgment shall take place on March 13, 2020 at 10:00 a.m.

    The Court further orders the San Francisco District Attorney's office to make a decision regarding whether defendants will be criminally charged on or before January 10, 2020 and to inform the Court of its decision by no later than that date.

**IT IS SO ORDERED**.

Dated: 11/7/19

SUSAN ILLSTON
United States District Judge