CITY AND COUNTY OF SAN FRANCISCO          OFFICE OF THE DISTRICT ATTORNEY



December 18, 2019

Senior District Judge Susan Illston
San Francisco Courthouse, Courtroom 1 – 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

    Re:    Sean Moore v. City and County of San Francisco, et al., Case No. 18-00634

Dear Hon. Judge Illston:

The San Francisco District Attorney's Office respectfully submits this letter on its behalf in response to the Court's November 7, 2019 Order on Motion to Continue. (Dkt No. 62). In its order, the Court, among other things, stated: "The Court further orders the San Francisco District Attorney's office to make a decision regarding whether defendants will be criminally charged on or before January 10, 2020 and to inform the Court of its decision by no later than that date."

The District Attorney's Office is sensitive to the concerns informing the Court's order, including the interest in Mr. Moore being able to advance his litigation and complete discovery. Therefore, although the Court's order raises separation of powers concerns and appears to intrude on the District Attorney's Office's discretion to determine when to make charging decisions,[1] the District Attorney's Office is willing to comply voluntarily with the spirit of the Court's order in this instance. Specifically, the District Attorney's Office is willing to decide expeditiously whether to charge the defendants in this case, and to inform the Court promptly of that decision. However, the deadline given by the Court falls only days after the new District Attorney-Elect Chesa Boudin takes office on January 8, 2020. The District Attorney-Elect intends to thoroughly evaluate the officer-involved shooting shortly after taking office and will require more than two days to conduct a thorough review, given the range of other responsibilities he will have during the transition.

Accordingly, the District Attorney's Office respectfully requests that the Court grant an additional 30 days for the release of a charging decision in this matter.

Sincerely,

*[signature]*

Cristine Soto DeBerry
Chief of Staff
San Francisco District Attorney's Office

---

[1] *See U. S. v. Lovasco*, 431 U.S. 783, 794–96 (1977); *U.S. v. Farrar*, 338 F. Supp. 3d 1186, 1191–92 (D. Haw. 2018) (holding "[s]eparation of powers concerns prohibit the Court from reviewing a prosecutor's charging decisions, *including where and when to charge a defendant*, absent a prima facie showing that the decisions rested on an impermissible basis.")