UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MOORE,<br><br>         Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN<br>FRANCISCO, et al.,<br><br>         Defendants. | Case No. 18-cv-00634-SI<br><br>**ORDER VACATING PRE-TRIAL DEADLINES AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 65 |

The parties have just informed the Court of Mr. Moore's recent death. Dkt. Nos 65, 66. In light of this unfortunate news, the Court GRANTS defendants' motion to vacate pre-trial deadlines and set a case management conference.

Counsel for Mr. Moore filed a motion to substitute Mr. Moore's parents as plaintiffs. Dkt. No 68. That motion will remain on calendar as noticed with a hearing on February 28, 2020.

The parties shall appear for a case management conference at 3:30 p.m. on February 14, 2020.

**IT IS SO ORDERED**.

Dated: January 29, 2020

_____
SUSAN ILLSTON
United States District Judge