UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 18-cv-00634-SI<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE PARTY PER FRCP 25**<br><br>Re: Dkt. No. 68 |

On January 28, 2020, counsel for plaintiff Sean Moore informed the Court of Mr. Moore's recent death. Dkt. No. 65. On January 29, 2020, plaintiff's counsel filed a motion to substitute in Mr. Moore's biological parents – Loyce Amos Moore and Celo Davis Moore – in light of Sean Moore's death pursuant to Federal Rule of Civil Procedure 25. Dkt. No. 68. No opposition has been filed and defense counsel did not state any objection to the substitution during the February 14, 2020 case management conference.

The Court finds substitution proper and hereby GRANTS the motion.

**IT IS SO ORDERED**.

Dated: February 18, 2020

_____
SUSAN ILLSTON
United States District Judge