|  |  |
|---|---|
| SEAN MOORE, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br>　　　　　Defendants. | Case No. 18-cv-00634-SI (SI) <br><br>SECOND **PRETRIAL PREPARATION ORDER (CIVIL)** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: September 26, 2020.

DESIGNATION OF EXPERTS: August 3, 3030; REBUTTAL: August 21, 2020;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: September 26, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; October 30, 2020;
　　Opp. Due: November 13, 2020; Reply Due: November 20, 2020;
　　and set for hearing no later than December 4, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: January 26, 2021 at 3:30 PM.

JURY TRIAL DATE: February 8, 2021 at 8:30 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 2/19/20


SUSAN ILLSTON
United States District Judge