# EXHIBIT B

**CH-110**    **Temporary Restraining Order**

---

*Person in ① must complete items ①, ②, and ③ only.*

① **Protected Person**

   a. Your Full Name: Christopher Choy

   Your Lawyer *(if you have one for this case):*

   Name: In Pro Per    State Bar No.:

   Firm Name:

   b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.):*

   Address: ▇▇▇▇▇▇▇

   City: ▇▇▇▇▇▇    State: ▇▇    Zip: ▇▇▇

   Telephone: ▇▇▇▇    Fax: ▇▇▇

   E-Mail Address: ▇▇▇▇▇

**Clerk stamps date here when form is filed.**

**F I L E D**

Superior Court of California
County of San Francisco

DEC 20 2016

CLERK OF THE COURT
BY: mmyesJones
                Deputy Clerk

*Fill in court name and street address:*

Superior Court of California, County of
**Superior Court of California**
**County of San Francisco**
**400 McAllister Street**
**San Francisco, CA 94102**

*Court fills in case number when form is filed.*

**Case Number:**
**CCH-16-578824**

② **Restrained Person**

   Full Name: Sean Wendell Moore

   Description:

| Sex: ☒ M ☐ F | Height: 6'0" | Weight: 250 | Date of Birth: ▇▇▇▇ |
|---|---|---|---|
| Hair Color: black | Eye Color: brown | Age: 42 | Race: African American |

   Home Address *(if known):* ▇▇▇▇

   City: ▇▇▇▇    State: ▇▇    Zip: ▇▇▇

   Relationship to Protected Person: neighbor

③ ☒ **Additional Protected Persons**

In addition to the person named in ①, the following family or household members of that person are protected by the temporary orders indicated below:

| Full Name | Sex | Age | Household Member? | Relation to Protected Person |
|---|---|---|---|---|
| Carol Ann Eng | F | 62 | ☒ Yes ☐ No | wife |
| Xian Herbert Choy | M | 31 | ☐ Yes ☒ No | son |
| Jessica Marie Choy | F | 32 | ☐ Yes ☒ No | daughter-in-law |

☐ Check here if there are additional persons. List them on an attached sheet of paper and write "Attachment 3—Additional Protected Persons" as a title. You may use Form MC-025, Attachment.

*The court will complete the rest of this form.*

THE ANNEXED INSTRUMENT IS A
CORRECT COPY OF THE ORIGINAL
ON FILE IN MY OFFICE.
ATTEST: CERTIFIED

④ **Expiration Date**

*This Order expires at the end of the hearing scheduled for the date and time below:*

| Date: 1/11/17 | Time: 9:00 | ☒ a.m. ☐ p.m. |
|---|---|---|

NOV 06 2019

CLERK OF THE COURT
Superior Court, California, County of San Francisco
BY:
                DEPUTY CLERK

**This is a Court Order.**

Judicial Council of California, www.courts...
Revised July 1, 2014, Mandatory Form
Code of Civil Procedure, §§ 527.6 and...
Approved by DOJ

**Temporary Restraining Order (CLETS-TCH)**
**(Civil Harassment Prevention)**

ATEESH DATT

**Case Number:** `CCH-16-578824`

---

### To the Person in ❷ :

The court has granted the temporary orders checked as granted below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.

**⑤ Personal Conduct Orders**

☐ **Not Requested**    ☐ **Denied Until the Hearing**    ☒ **Granted as Follows:**

a. You must **not** do the following things to the person named in ① ☒ and to the other protected persons listed in ③ :

   (1) ☒ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

   (2) ☒ Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

   (3) ☐ Take any action to obtain the person's address or location. If this item (3) is not checked, the court has found good cause not to make this order.

   (4) ☐ Other *(specify):*
      ☐ Other personal conduct orders are attached at the end of this Order on Attachment 5a(4).
      _____
      _____

b. Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order. However, you may have your papers served by mail on the person in ①.

**⑥ Stay-Away Order**

☐ **Not Requested**    ☐ **Denied Until the Hearing**    ☒ **Granted as Follows:**

a. You must stay at least ___25___ yards away from *(check all that apply):*

   (1) ☒ The person in ①
   (2) ☒ Each person in ③
   (3) ☐ The home of the person in ①
   (4) ☐ The job or workplace of the person in ①
   (5) ☐ The school of the person in ①
   (6) ☐ The school of the children of the person in ①
   (7) ☐ The place of child care of the children of the person in ①
   (8) ☒ The vehicle of the person in ①
   (9) ☒ Other *(specify):* While on the 500 block of Capitol Avenue you must stay at least 5 feet away from persons listed in ① and ③.

b. This stay-away order does not prevent you from going to or from your home or place of employment.

**⑦ No Guns or Other Firearms and Ammunition**

a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

b. You must:

   (1) Sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms in your immediate possession or control. This must be done within 24 hours of being served with this Order.

---

### This is a Court Order.

**Temporary Restraining Order (CLETS-TCH)**
**(Civil Harassment Prevention)**

**Case Number:**

**CCH-16-578824**

   (2) File a receipt with the court within 48 hours of receiving this Order that proves that your guns or firearms have been turned in, sold, or stored. *(You may use Form CH-800, Proof of Firearms Turned In, Sold, or Stored for the receipt.)*

  c. ☐ The court has received information that you own or possess a firearm.

## ⑧ Other Orders

  ☒ **Not Requested**    ☐ **Denied Until the Hearing**    ☐ **Granted as Follows** *(specify):*

_____

_____

_____

_____

_____

  ☐ Additional orders are attached at the end of this Order on Attachment 8.

**To the Person in ❶:**

## ⑨ Mandatory Entry of Order Into CARPOS Through CLETS

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one):*

  a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

  b. ☒ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

  c. ☐ By the close of business on the date that this Order is made, the person in ❶ or his or her lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agency listed below to enter into CARPOS:

      Name of Law Enforcement Agency          Address *(City, State, Zip)*

    _____    _____

    ☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 9.

## ⑩ No Fee to Serve (Notify) Restrained Person   ☒ Ordered   ☐ Not Ordered

The sheriff or marshal will serve this Order without charge because:

  a. ☒ The Order is based on unlawful violence, a credible threat of violence, or stalking.

  b. ☐ The person in ❶ is entitled to a fee waiver.

## ⑪ Number of pages attached to this Order, if any: _____

Date:   12/20/2016             *Joseph L. Quinn*

                        Judicial Officer      JOSEPH M. QUINN

**This is a Court Order.**

**Temporary Restraining Order (CLETS-TCH)**
**(Civil Harassment Prevention)**

**Case Number:**
**CCH-16-578824**

## Warnings and Notices to the Restrained Person in ②

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, or ammunition while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms that you have or control as stated in item ⑦ above. The court will require you to prove that you did so.

### Notice Regarding Nonappearance at Hearing and Service of Order

If you have been personally served with this Temporary Restraining Order and Form CH-109, *Notice of Court Hearing,* but you do not appear at the hearing either in person or by a lawyer, and a restraining order that is the same as this Temporary Restraining Order except for the expiration date is issued at the hearing, a copy of the order will be served on you by mail at the address in item ②.

If this address is not correct or you wish to verify that the Temporary Restraining Order was converted into a restraining order at the hearing without substantive change, or to find out the duration of the order, contact the clerk of the court.

### After You Have Been Served With a Restraining Order

- Obey all the orders.
- Read Form CH-120-INFO, *How Can I Respond to a Request for Civil Harassment Restraining Orders?,* to learn how to respond to this Order.
- If you want to respond, fill out Form CH-120, *Response to Request for Civil Harassment Restraining Orders,* and file it with the court clerk. You do not have to pay any fee to file your response if the Request claims that you inflicted or threatened violence against or stalked the person in ①.
- You must have Form CH-120 served by mail on the person in ① or that person's attorney. You cannot do this yourself. The person who does the mailing should complete and sign Form CH-250, *Proof of Service of Response by Mail.* File the completed proof of service with the court clerk before the hearing date or bring it with you to the hearing.
- In addition to the response, you may file and have declarations served, signed by you and other persons who have personal knowledge of the facts. You may use Form MC-030, *Declaration,* for this purpose. It is available from the clerk's office at the court shown on page 1 of this form or at *www.courts.ca.gov/forms.* If you do not know how to prepare a declaration, you should see a lawyer.
- Whether or not you file a response, you should attend the hearing. If you have any witnesses, they must also go to the hearing.
- At the hearing, the judge can make restraining orders against you that last for up to five years. Tell the judge why you disagree with the orders requested.

## Instructions for Law Enforcement

### Enforcing the Restraining Order

This order is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Restraining and Protective Orders System (CARPOS). If the law enforcement agency has not received proof of service on the restrained person, the agency must advise the restrained person of the terms of the order and then must enforce it. Violations of this order are subject to criminal penalties.

## This is a Court Order.



Case Number:
**CCH-16-578824**

## Start Date and End Date of Orders
This order *starts* on the date next to the judge's signature on page 3. The order *ends* on the expiration date in item ④ on page 1.

## Arrest Required if Order Is Violated
If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Pen. Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6. Agencies are encouraged to enter violation messages into CARPOS.

## Notice/Proof of Service
The law enforcement agency must first determine if the restrained person had notice of the order. Consider the restrained person "served" (given notice) if (Pen. Code, § 836(c)(2)):
- The officer sees a copy of the Proof of Service or confirms that the Proof of Service is on file; or
- The restrained person was informed of the order by an officer.

An officer can obtain information about the contents of the order and proof of service in CARPOS. If proof of service on the restrained person cannot be verified, the agency must advise the restrained person of the terms of the order and then enforce it.

## If the Protected Person Contacts the Restrained Person
Even if the protected person invites or consents to contact with the restrained person, this order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The order can be changed only by another court order. (Pen. Code, § 13710(b).)

## Conflicting Orders—Priorities for Enforcement
**If more than one restraining order has been issued, the orders must be enforced according to the following priorities** (see Pen. Code, § 136.2, Fam. Code, §§ 6383(h)(2), 6405(b)):
1. *EPO:* If one of the orders is an *Emergency Protective Order* (form EPO-001) and is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.
2. *No Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence over any other restraining or protective order.
3. *Criminal Order:* If none of the orders includes a no contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.
4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

*Clerk's Certificate*
*[seal]*

*(Clerk will fill out this part.)*
**—Clerk's Certificate—**

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: _____    Clerk, by _____ , Deputy

**This is a Court Order.**