DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
CHRISTOPHER B. WHITMAN, State Bar #223636
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-4240
Facsimile:      (415) 554-3837
Email:          chris.whitman@sfcityatty.org
Email:          kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KENNETH CHA and COLIN PATINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SEAN MOORE, an individual, | Case No. 3:18-cv-00634-SI |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF MANUAL FILING** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KENNETH CHA, individually and in his capacity as a City of San Francisco Police Officer; COLIN PATINO, individually and in his capacity as a City of San Francisco Police Officer; and DOES 1-50, inclusive, | Hearing Date: December 4, 2020<br>Time:         10:00 a.m.<br>Place:        Courtroom One, 17th Floor<br>              450 Golden Gate Ave.<br>              San Francisco, CA 94102<br><br>Trial Date:   February 8, 2021 |
| Defendants. | |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBITS A and B to Declaration of Kathryn Waaland filed in support of Defendants' Motion for Summary Judgment:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be electronically served via FTP link shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

1. ☐ Unable to Scan Documents
2. ☐ Physical Object (please describe): Still Photos
3. ☑ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
4. ☑ Item Under Seal
5. ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)
   ☐ Other (please describe):

Regarding: EXHIBIT A to Declaration of Kirsten Walker filed in support of Defendants' Motion for Summary Judgment:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be electronically served via FTP link shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

1. ☐ Unable to Scan Documents
2. ☐ Physical Object (please describe): Still Photos
3. ☑ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
4. ☑ Item Under Seal

///

///

///

///

///

5. ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☐ Other (please describe):

DATE: October 30, 2020

DENNIS J. HERRERA
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
CHRISTOPHER B. WHITMAN
KELLY COLLINS
Deputy City Attorneys

By: */s/ Christopher B. Whitman*
CHRISTOPHER B. WHITMAN

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KENNETH CHA and COLIN PATINO

Defendant's Ntc of Manual Filing
Case No. 3:18-cv-00634-SI
3
n:\lit\li2018\171372\01490397.docx