# EXHIBIT A

to Declaration of Kathryn Waaland In Support of Defendants' Summary Judgment Motion

BWC Video Recording by SFPD Officer Kenneth Cha (Star #1206)

*Filed Under Seal*

