# EXHIBIT B

to Declaration of Kathryn Waaland In Support of Defendants' Summary Judgment Motion

BWC Video Recording by SFPD Officer Colin Patino (Star #1310)

*Filed Under Seal*




City Attorney's Office
Sean Moore
vs.
City and County of San Francisco, et al.
United States District Court, Northern District of California
Case No. 3:18-cv-00634-SI

10/30/2020

**EXHIBIT B**
Declaration of Kathryn Waaland In Support
Defendants' Summary Judgment M...