# EXHIBIT A

to Declaration of Kirsten Walker In Support of Defendants' Summary Judgment Motion

Audio File and Transcript CAD Call 0355-0358 dt09

*Filed Under Seal*

...ity of San...
City Attorney's Office

*Sean Moore*

vs.

*City and County of San Francisco, et al.*
United States District Court, Northern District of California
Case No. 3:18-cv-00634-SI

 

10/30/2020

Exhibit A
Declaration of Kirsten Walker In Support
...dants' Summary Judgment M...