DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
CHRISTOPHER B. WHITMAN, State Bar #223636
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4240
Facsimile:    (415) 554-3837
Email:        chris.whitman@sfcityatty.org
Email:        kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KENNETH CHA and COLIN PATINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SEAN MOORE, an individual, | Case No. 3:18-cv-00634-SI |
|---|---|
| Plaintiff, | **DECLARATION OF CHRISTOPHER B. WHITMAN IN SUPPORT OF DEFENDANTS' ADMINISTATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KENNETH CHA, individually and in his capacity as a City of San Francisco Police Officer; COLIN PATINO, individually and in his capacity as a City of San Francisco Police Officer; and DOES 1-50, inclusive, | Hearing Date:  December 4, 2020<br>Time:          10:00 a.m.<br>Place:         Courtroom One, 17th Floor<br>               450 Golden Gate Ave.<br>               San Francisco, CA 94102 |
| Defendants. | Trial Date:   February 8, 2021 |

I, Christopher B. Whitman, declare as follows:

     1.    I am a Deputy City Attorney with the Office of the City Attorney for the City and County of San Francisco. I am the lead attorney assigned to handle this action on behalf of Defendants City and County of San Francisco ("the City"), Officer Kenneth Cha, and Officer Colin Patino. I have personal knowledge of the contents of this declaration, and if called upon to testify, I

could and would testify competently to the contents of this declaration.

2. I submit this declaration in support of Defendants' Administrative Motion to File Under Seal. The document at issue, and portions thereof, sought to be sealed have not been the subject of a previous request to file under seal.

3. Defendants seek to file under seal body worn camera video recordings by Officer Kenneth Cha and Officer Colin Patino as well as Department of Emergency Management CAD 170060185 and related content. The body worn camera video recordings by Officer Cha and Officer Patino were produced by Defendants to Plaintiff on August 27, 2018 and the video files bear the "CONFIDENTIAL" designation. Department of Emergency Management CAD 170060185 was produced by Defendants to Plaintiff on October 9, 2018 and the document bears the stamp "CONFIDENTIAL." The body worn camera videos – which record an incident for which the involved officers were the subjects of administrative and criminal investigations – and related CAD material constitute personnel records for police officers and are protected by state and federal privacy rights because all of the material relates to administrative and/or criminal investigations of the involved police officers. Also, the Department of Emergency Management CAD 170060185 printout and audio files contain sensitive law enforcement information that is protected by state and federal laws. Defendants are not filing the body worn camera videos or the CAD documents with this Court. The materials to be sealed are offered in support of Defendants' Motion for Summary Judgment.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on this 30th day of October 2020, in San Francisco, California.

                                             */s/ Christopher B. Whitman*
                                             Christopher B. Whitman