1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  CHRISTOPHER B. WHITMAN, State Bar #223636
   KELLY COLLINS, State Bar #277988
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-4240
   Facsimile:     (415) 554-3837
7  Email:         chris.whitman@sfcityatty.org
   Email:         kelly.collins@sfcityatty.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
10 KENNETH CHA and COLIN PATINO

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MOORE, an individual, | Case No. 3:18-cv-00634-SI |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTATIVE MOTION TO FILE UNDER SEAL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KENNETH CHA, individually and in his capacity as a City of San Francisco Police Officer; COLIN PATINO, individually and in his capacity as a City of San Francisco Police Officer; and DOES 1-50, inclusive, | Hearing Date: December 4, 2020<br>Time: 10:00 a.m.<br>Place: Courtroom One, 17th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br><br>Trial Date: February 8, 2021 |
| Defendants. | |

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit A to Declaration of Kathryn Waaland In Support of Defendants' Summary Judgment Motion (BWC Video Recording by SFPD Officer Kenneth Cha, Star#1206) | Whitman Decl., ¶ 3 | |

| | |
|---|---|
| Exhibit B to Declaration of Kathryn Waaland In Support of Defendants' Summary Judgment Motion (BWC Video Recording by SFPD Officer Colin Patino, Star#1310) | Whitman Decl., ¶ 3 |
| Exhibit A to Declaration of Kirsten Walker In Support of Defendants' Summary Judgment Motion (Audio File and Transcript of CAD Call 0355-0358 dt09) | Whitman Decl., ¶ 3 |
| Exhibit B to Declaration of Kirsten Walker In Support of Defendants' Summary Judgment Motion (DEM CAD 170060185) | Whitman Decl., ¶ 3 |

IT IS SO ORDERED.

DATE: _____
          SUSAN ILLSTON
          United States District Judge