# EXHIBIT A

to Declaration of Kathryn
Waaland In Support of
Defendants' Summary
Judgment Motion

BWC Video Recording by SFPD
Officer Kenneth Cha (Star #1206)

*Filed Under Seal*




City Attorney's Office

**Sean Moore**

vs.

**City and County of San Francisco, et al.**

United States District Court, Northern District of California

Case No. 3:18-cv-00634-SI

10/30/2020

**EXHIBIT A**

Declaration of Kathryn Waaland In Support

Defendants' Summary Judgment Moti