DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
CHRISTOPHER B. WHITMAN, State Bar #223636
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4240
Facsimile:     (415) 554-3837
Email:         chris.whitman@sfcityatty.org
Email:         kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KENNETH CHA and COLIN PATINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MOORE, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KENNETH CHA, individually and in his capacity as a City of San Francisco Police Officer; COLIN PATINO, individually and in his capacity as a City of San Francisco Police Officer; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:18-cv-00634-SI<br><br>PROOF OF SERVICE<br><br>Hearing Date: December 4, 2020<br>Time:         10:00 a.m.<br>Place:        Courtroom One, 17th Floor<br>              450 Golden Gate Avenue<br><br>Trial Date: February 8, 2021 |

## **PROOF OF SERVICE**

I, KASSY ADAMS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On October 30, 2020, I served the following document(s):

**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE MATERIAL UNDER SEAL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF CHRISTOPHER B. WHITMAN IN SUPPORT OF DEFENDANTS' ADMINISTATIVE MOTION TO FILE UNDER SEAL**

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTATIVE MOTION TO FILE UNDER SEAL**

on the following persons at the locations specified:

| | |
|---|---|
| John L. Burris, Esq.<br>LAW OFFICES OF JOHN L. BURRIS<br>Airport Corporate Center<br>7677 Oakport Street, Suite 1120<br>Oakland, CA 94621<br>Telephone: 510-839-5200<br>Fax: 510-839-3882<br>E-Mail: john.burris@johnburrislaw.com<br><br>*Attorneys for Plaintiff* | Adante D. Pointer, Esq.<br>Patrick Buelna, Esq.<br>POINTER & BUELNA, LLP<br>LAWYERS FOR THE PEOPLE<br>Well Fargo Center<br>1901 Harrison St., Suite 1140<br>Oakland, CA 94612<br>Tel: 510-929-5400<br>Email: APointer@LawyersFTP.com<br>Email: PBuelna@LawyersFTP.com<br><br>*Attorneys for Plaintiff* |

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: albert.chen@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 30, 2020, at San Francisco, California.

*/s/ Kassy Adams*
KASSY ADAMS