# EXHIBIT 4

**DEPOSITION OF JOSEPH I. COHEN, M.D. - VIDEOCONFERENCE**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

--o0o--

SEAN MOORE,  )
 )
      Plaintiff,  )
 )
  vs.  ) CASE NO.: 3:18-cv-00634-SI
 )
CITY AND COUNTY OF  )
SAN FRANCISCO, et al.,  )
 )
      Defendants.  )
_____)


REMOTE DEPOSITION OF

JOSEPH I. COHEN, M.D.

FRIDAY, AUGUST 28, 2020

10:03 a.m. - 11:23 a.m.


Novato, California


REPORTED BY:  GINA GLANTZ, CSR No. 9795, RPR, RMR

1

```
 1   but left scar tissue, that had created some sort of
 2   blockage in his intestine that filled up in a matter of
 3   days and proximately caused his death --
 4           MS. COLLINS:  Objection.
 5   BY MR. BUELNA:
 6       Q.   -- correct?
 7           MS. COLLINS:  Misstates his testimony.
 8   BY MR. BUELNA:
 9       Q.   Is that fair to say or --
10       A.   Most of it is.  I would correct you on the phrase,
11   I think you referred to the scar tissue occurring over
12   days.  Actually, the scar tissue occurs over months and
13   years, but the obstruction -- and that too could be months
14   or longer, but this, based on the medical record review
15   that I performed, looks like it was in the works for a
16   number of days, plus or minus, prior to his death.
17       Q.   And so then I'm going to try it again, because I
18   want to be able to accurately describe what happened and
19   how Mr. Moore died.  So let me break it down this way.  It
20   sounds like that Mr. Moore suffered a gunshot wound to his
21   abdomen approximately two to three years ago in January
22   2017.  It was repaired to some extent, but over months,
23   days, years, scar tissue developed.  And -- is that fair
24   to say?
25       A.   Over months, months to years, yes.
```

11

1  Q.  So over months to years, scar tissue developed in
2  his intestines, and just prior to -- a few days prior to
3  his death, based off of what you looked at in the reports,
4  a blockage developed as a result of the scar tissue; is
5  that fair to say?
6  A.  Right.
7  Q.  And that blockage increased over a number of days,
8  and ultimately caused his death?
9  A.  It did, yes.
10 Q.  And how is that -- for laypersons that may not
11 understand why maybe something in your stomach could cause
12 a death, could you just explain to me how that would work?
13 A.  Yeah.
14 Q.  And that -- go ahead.
15 A.  Well, he developed the obstruction.  Keep in mind
16 that the intestines, the small intestines is a long
17 relatively slender tube, if you will, that is intertwined.
18 I mean, it is attached to some fatty tissue that's called
19 mesentery, m-e-s-e-n-t-e-r-y, but there is a lot of
20 ability of the intestines to move around in a normal
21 individual.  With the adhesions, they become tethered to
22 one another.  The loops of intestine become tethered to
23 one another, they become tethered to nearby organs and
24 tissues, and so the flow of digested food through this
25 long tube becomes less free, if you will, and more

12

DEPOSITION OF JOSEPH I. COHEN, M.D. - VIDEOCONFERENCE

```
 1                          WITNESS LETTER
     TO:  Joseph I. Cohen, M.D.              Date: 10.30.2020
 2        Attn:  Kelly Collins, Deputy City Attorney
          OFFICE OF THE CITY ATTORNEY        Depo: 08.28.20
 3        1390 Market Street, 6th Floor
          San Francisco, CA  94102           Ref. #20082854
 4
     RE: Sean Moore v. City & County of San Francisco, et al.
 5
     Dear Dr. Cohen:
 6
          Please be advised that the transcript of your
 7   deposition taken in the above matter has been completed
     and is now available at this office for your reading and
 8   signing.
          Please contact our office between the hours of 9:30
 9   a.m. and 4:00 p.m. Monday-Friday, to schedule an
     appointment.  Or, if you prefer, contact the attorney to
10   review and sign the copy of your deposition under
     penalty of perjury.
11        Read the transcript making any changes necessary.
     In making any changes, please use the following guide:
12        1. DO NOT WRITE on the original transcript.
          2. SIGN UNDER PENALTY OF PERJURY at the end of the
13           Deposition on the Declaration of Witness Page.
          3. List each change on the Deposition Errata Sheet
14           following this page. Signature is required at
             the bottom of the Errata Sheet.
15        4. Forward the signed Declaration of Witness Page
             and signed Errata Sheet in addition to a copy of
16           this letter to:
                  Barbara J. Butler & Associates
17                Certified Court Reporters
                  P.O. Box 3508, Santa Clara, CA  95055
18                (510) 832-8853 or (408) 248-2885.
          Upon receipt of items requested in this letter, I
19   will forward copies of same to all Counsel.
          In the event you have not reviewed your deposition
20   within 35 days or by trial date, whichever is sooner,
     the original transcript will be sealed pursuant to
21   applicable laws and thereafter mailed to the deposing
     attorney.
22
                              Sincerely,
23
                              /s/Barbara J. Butler
24                            Barbara J. Butler, CSR

25   cc:  All Counsel
                                                          50
```