**JOHN L. BURRIS, ESQ., SBN 69888**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEO MOORE, et al.<br><br>　　　　　Plaintiffs,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | CAND No.: 3:18-cv-00634-SI<br><br>**DECLARATION OF PATRICK BUELNA** |

I, PATRICK M. BUELNA, declare:

1. I am the attorney of record for Plaintiff in this action. I am licensed to practice in the state of California and have been admitted to courts in the Northern, Eastern and Central District of California, and the Ninth Circuit Court of Appeals. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. EXHIBIT 1 attached is a true and correct copy of the appellate decision from *People v. Moore*, 2018 WL 2016792 (1st Dist. 2018).

3. EXHIBIT 2 attached is a true and correct copy of the transcript from People v. Sean Moore's preliminary hearing.

4. EXHIBIT 3 attached is a true and correct copy of the transcript from relevant portions of Antonio Flores' deposition.

5. EXHIBIT 4 attached is a true and correct copy of the transcript from medical examiner for Marin County Dr. Joseph Cohen's deposition that examined Decedent Sean Moore.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 30, 2020                    Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

/s/ Patrick Buelna
PATRICK M. BUELNA
COUNSEL FOR PLAINTIFFS

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

1