# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEO MOORE, et al.<br><br>　　　　Plaintiffs,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | CASE NO.: 3:18-cv-00634-SI<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL |

　　Plaintiff may file his Exhibits 1-7 attached to his administrative motion under seal.

　　IT IS SO ORDERED.

Date: _____, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

i