DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
CHRISTOPHER B. WHITMAN, State Bar #223636
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4240
Facsimile:    (415) 554-3837
Email:        chris.whitman@sfcityatty.org
Email:        kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KENNETH CHA and COLIN PATINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MOORE, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KENNETH CHA, individually and in his capacity as a City of San Francisco Police Officer; COLIN PATINO, individually and in his capacity as a City of San Francisco Police Officer; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 3:18-cv-00634-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTATIVE MOTION TO FILE UNDER SEAL**<br><br>Hearing Date:  December 4, 2020<br>Time:          10:00 a.m.<br>Place:         Courtroom One, 17th Floor<br>               450 Golden Gate Ave.<br>               San Francisco, CA 94102<br><br>Trial Date:    February 8, 2021 |

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 1, lines 20 to 27. | Whitman Decl., ¶ 3 | |

[Ppsd.] Order Granting Admin. Mtn.
Case No. 3:18-cv-00634-SI

1

n:\lit\li2018\171372\01493631.docx

| | |
|---|---|
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 2, lines 7 to 11. | Whitman Decl., ¶ 3 |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 2, lines 12 to 15. | Whitman Decl., ¶ 3 |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 2, lines 16 to 19. | Whitman Decl., ¶ 3 |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 2, lines 20 to 22. | Whitman Decl., ¶ 3 |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 2, line 23 to page 3, line 4. | Whitman Decl., ¶ 3 |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 3, lines 5 to 10. | Whitman Decl., ¶ 3 |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 10, fn. 2. | Whitman Decl., ¶ 3 |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 11, lines 2 to 5. | Whitman Decl., ¶ 3 |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 12, lines 1 to 8. | Whitman Decl., ¶ 3 |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 12, lines 14 to 16. | Whitman Decl., ¶ 3 |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 12, lines 19 to 25. | Whitman Decl., ¶ 3 |

[Ppsd.] Order Granting Admin. Mtn.
Case No. 3:18-cv-00634-SI

2

n:\lit\li2018\171372\01493631.docx

| | | |
|---|---|---|
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 14, lines 7 to 23 | Whitman Decl., ¶ 3 | |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 16, lines 3 to 18. | Whitman Decl., ¶ 3 | |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 18, lines 16 to 21. | Whitman Decl., ¶ 3 | |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 18, lines 25 to 28. | Whitman Decl., ¶ 3 | |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 19, lines 2 to 11. | Whitman Decl., ¶ 3 | |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 19, line 15 to page 20, line 2. | Whitman Decl., ¶ 3 | |
| Memorandum of Points and Authorities by Defendants In Opposition to Plaintiffs' Motion for Partial Summary Judgment at page 19, fn. 5. | Whitman Decl., ¶ 3 | |

IT IS SO ORDERED.

DATE:                              _____
                                   SUSAN ILLSTON
                                   United States District Judge