**JOHN L. BURRIS, ESQ., SBN 69888**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEO MOORE, et al.<br><br>　　　　　Plaintiffs,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | CASE NO.: 3:18-cv-00634-SI<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL** |

## MANUAL FILING NOTIFICATION

Pursuant to Civil Local Rules 79-5, Plaintiff files this Administrative Motion to File the Plaintiffs' Police Practices Expert Jack Ryan's Rule 26 Report under seal. Pursuant to Local Rule 79-5 (e), the basis for filing under seal is: Defendant CITY has designated exhibits as "CONFIDENTIAL" materials that the Rule 26 Report summarizes, describes and replicates per the parties Stipulated Protective Order. For the aforementioned reasons, Plaintiff requests permission granted to file under seal the exhibit in support of Plaintiffs' Motion for Partial Summary Adjudication.

However, Plaintiffs object to the designation. The exhibits do not contain legitimate confidential information. Furthermore the report falls under the exemption in Cal. Penal Code Section 832.7 (b)(2) and Cal. Penal Code Section 832.7 (b)(a)(1)(A)(i) that makes these sorts of documents related to an officer shooting a citizen public documents. This includes "Records that shall be released pursuant to this subdivision include all investigative reports; photographic, audio, and video evidence; transcripts or recordings of interviews; autopsy reports; all materials compiled and presented for review to the district attorney or to any person or body charged with determining whether to file criminal charges against an officer in connection with an incident, or whether the officer's action was consistent with law and agency policy for purposes of discipline or administrative action, or what discipline to impose or corrective action to take; documents setting forth findings or recommended findings; and copies of disciplinary records relating to the incident, including any letters of intent to impose discipline, any documents reflecting modifications of discipline due to the Skelly or grievance process, and letters indicating final imposition of discipline or other documentation reflecting implementation of corrective action." Cal. Penal Code Section 832.7 (b)(2).

Due to the designation, Plaintiff also redact significant portions of their Opposition to Defendants' Motion for Summary Judgment and has attached the unredacted version to this administrative motion. (Buelna Decl., Exhibit 1).

Date: November 13, 2020                    Respectfully submitted,

**POINTER & BUELNA, LLP**

**LAWYERS FOR THE PEOPLE**

<u>/s/ Patrick Buelna</u>
PATRICK M. BUELNA
COUNSEL FOR PLAINTIFFS

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

2