JOHN L. BURRIS, ESQ., SBN 69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com

ADANTE POINTER, ESQ., SBN 236229
PATRICK BUELNA, ESQ., SBN 317043
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEO MOORE, et al.<br><br>　　　　Plaintiffs,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | **Case No:** 3:18-cv-00634-SI<br><br>**DECLARATION OF LOYCE MOORE AND CLEO MOORE AS CO-SUCCESSORS-IN-INTEREST TO DECEDENT SEAN MOORE** |

1. I am the biological father of Decedent Sean Moore and one of the Plaintiffs in the above-entitled action.
2. No proceeding is now pending in California for administration of the decedent's estate.
3. I, CLEO MOORE, am the decedent's co-successor-in-interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to his interest in this action.
4. No other person has a superior right to comment the action or proceeding or to be substituted for the decedent in the pending action.
5. I have personal knowledge of the facts stated in this declaration. If called upon to testify to same, I am competent to do so.

I declare under penalty of perjury pursuant to the laws of the United States and the State of California that the foregoing information is true and correct.

Date: November 20, 2020     By: *Cleo Moore*
                                CLEO MOORE

1. I am the biological father of Decedent Sean Moore and one of the Plaintiffs in the above-entitled action.
2. No proceeding is now pending in California for administration of the decedent's estate.
3. I, LOYCE MOORE, am the decedent's co-successor-in-interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to his interest in this action.
4. No other person has a superior right to comment the action or proceeding or to be substituted for the decedent in the pending action.
5. A copy of the decedent's death certificate is attached to this declaration.
6. I have personal knowledge of the facts stated in this declaration. If called upon to testify to same, I am competent to do so.

I declare under penalty of perjury pursuant to the laws of the United States and the State of California that the foregoing information is true and correct.

Date: November 20, 2020     By: *Loyce Moore*
                                        LOYCE MOORE

# CERTIFICATE OF DEATH
### STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11a(REV 3/06)

STATE FILE NUMBER | LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT- FIRST (Given): SEAN
2. MIDDLE: WENDELL
3. LAST (Family): MOORE
AKA, ALSO KNOWN AS:
4. DATE OF BIRTH mm/dd/ccyy: 01/14/1974
5. AGE Yrs: 46
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: CALIFORNIA
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS/SRDP (at Time of Death): NEVER MARRIED
7. DATE OF DEATH mm/dd/ccyy: 01/20/2020
8. HOUR (24 Hours): 1545
13. EDUCATION – Highest Level/Degree: ASSOCIATE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO
16. DECEDENT'S RACE: AFRICAN AMERICAN
17. USUAL OCCUPATION: INMATE
18. KIND OF BUSINESS OR INDUSTRY: DEPARTMENT OF CORRECTIONS

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 1 MAIN STREET
21. CITY: SAN QUENTIN
22. COUNTY/PROVINCE: MARIN
23. ZIP CODE: 94964
25. STATE/FOREIGN COUNTRY: CALIFORNIA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: CLEO MOORE, MOTHER
27. INFORMANT'S MAILING ADDRESS: 15 PALISADES DRIVE, DALY CITY, CA 94015

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: (illegible)
29. MIDDLE: (illegible)
30. LAST (BIRTH NAME): (illegible)
31. NAME OF FATHER/PARENT – FIRST: KITCE
32. MIDDLE: A.
33. LAST: MOORE
34. BIRTH STATE: OKLAHOMA
35. NAME OF MOTHER/PARENT – FIRST: CLEO
36. MIDDLE: D.
37. LAST (BIRTH NAME): BASSETT
38. BIRTH STATE: TEXAS

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

39. DISPOSITION DATE: 02/05/2020
40. PLACE OF FINAL DISPOSITION: CYPRESS LAWN MEMORIAL PARK, 1370 EL CAMINO REAL, COLMA, CA 94014
41. TYPE OF DISPOSITION(S): BU
44. NAME OF FUNERAL ESTABLISHMENT: DUGGAN'S SERRA MORTUARY
45. LICENSE NUMBER: FD 1098

**PLACE OF DEATH**

101. PLACE OF DEATH: SAN QUENTIN STATE PRISON
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Other [X]
104. COUNTY: MARIN
105. FACILITY ADDRESS: 1 MAIN STREET
106. CITY: SAN QUENTIN

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): PENDING INVESTIGATION
108. DEATH REPORTED TO CORONER: YES [X] — REFERRAL NUMBER: CR20-017
109. BIOPSY PERFORMED?: NO [X]
110. AUTOPSY PERFORMED?: YES [X]
111. USED IN DETERMINING CAUSE: YES [X]

**CORONER'S USE ONLY**

119. MANNER OF DEATH: Pending Investigation [X]
126. SIGNATURE OF CORONER / DEPUTY CORONER: ALEXANDRA N TORRES
127. DATE: 01/28/2020
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: ALEXANDRA N TORRES, DEPUTY CORONER

Printed on: 01/29/2020 10:21 AM
By SCHARDING, ALANNA (ASCHARDING)

*WORKING COPY* (watermark)