**JOHN L. BURRIS, ESQ., SBN 69888**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEO MOORE, et al. <br><br> Plaintiffs, <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | CASE NO.: 3:18-cv-00634-SI <br><br> **DECLARATION OF PATRICK BUELNA** |

I, PATRICK M. BUELNA, declare:

1. I am the attorney of record for Plaintiff in this action. I am licensed to practice in the state of California and have been admitted to courts in the Northern, Eastern and Central District of California, and the Ninth Circuit Court of Appeals. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. The Court directed Plaintiffs at the Case Management Conference to file an amended Complaint to include the wrongful death claims for the parents (Plaintiffs) but Plaintiffs cannot include those actions until their late claim has been accepted and rejected by the City of San Francisco.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 20, 2020                                Respectfully submitted,

                                                      **POINTER & BUELNA, LLP**
                                                      **LAWYERS FOR THE PEOPLE**

                                                      /s/ Patrick Buelna
                                                      PATRICK M. BUELNA
                                                      COUNSEL FOR PLAINTIFFS