**JOHN L. BURRIS, ESQ., SBN 69888**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEO MOORE, et al.<br><br>　　　　　Plaintiffs,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | CASE NO.: 3:18-cv-00634-SI<br><br>**DECLARATION OF PATRICK BUELNA** |

I, PATRICK M. BUELNA, declare:

1. I am the attorney of record for Plaintiff in this action. I am licensed to practice in the state of California and have been admitted to courts in the Northern, Eastern and Central District of California, and the Ninth Circuit Court of Appeals. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. EXHIBIT 1 attached is a true and correct copy of Plaintiffs' Reply.

3. EXHIBIT 2 attached is a true and correct copy of the Choy's Temporary Restraining Request and Order.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 20, 2020                      Respectfully submitted,

                                  **POINTER & BUELNA, LLP**

                                  **LAWYERS FOR THE PEOPLE**

                                  /s/ Patrick Buelna
                                  PATRICK M. BUELNA
                                  COUNSEL FOR PLAINTIFFS