DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
CHRISTOPHER B. WHITMAN, State Bar #223636
KELLY COLLINS, State Bar #277988
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4240
Facsimile:    (415) 554-3837
Email:        chris.whitman@sfcityatty.org
Email:        kelly.collins@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KENNETH CHA and COLIN PATINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MOORE, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; KENNETH CHA, individually and in his capacity as a City of San Francisco Police Officer; COLIN PATINO, individually and in his capacity as a City of San Francisco Police Officer; and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. 3:18-cv-00634-SI<br><br>**DECLARATION OF KELLY COLLINS REGARDING COMPLIANCE WITH THE COURT'S ORDER RE CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Trial Date:   February 8, 2021 |

I, Kelly Collins, declare as follows:

   1.   I am a Deputy City Attorney with the Office of the City Attorney for the City and County of San Francisco. I am the attorney assigned to handle this action on behalf of Defendants OFFICER KENNETH CHA, OFFICER COLIN PATINO, and the CITY AND COUNTY OF SAN FRANCISCO ("Defendants"). I have personal knowledge of the contents of this declaration, and if

called upon to testify, I could and would testify competently to the contents of this declaration.

2. In compliance with the Court's Order Re: Cross Motions for Summary Judgment issued on December 10, 2020 [Dkt. 115], Defendants file true and correct copies of the following documents that were previously filed under seal:

- Exhibit A to the Declaration of Kathryn Waaland in Support of Defendants' Motion for Summary Judgment [Dkt. 94-13] is being transmitted to the Court as evidenced by the Notice of Manual Filing filed concurrently herewith; a photocopy of the media is attached hereto as **Exhibit A**; this media was previously filed under seal by Plaintiffs as Exhibit 3 to the Declaration of Patrick M. Buelna [Dkt. 100-8].

- Exhibit B to the Declaration of Kathryn Waaland in Support of Defendants' Motion for Summary Judgment [Dkt. 94-14] is being transmitted to the Court as evidence by the Notice of Manual Filing, filed concurrently herewith; a photocopy of the media is attached hereto as **Exhibit B**; this media was previously filed under seal by Plaintiffs as Exhibit 4 to the Declaration of Patrick M. Buelna [Dkt. 100-8].

- Exhibit A to the Declaration of Kirsten Walker in Support of Defendants' Motion for Summary Judgment [Dkt. 94-17] is being transmitted to the Court as evidenced by the Notice of Manual Filing, filed concurrently herewith; a photocopy of the media is attached as **Exhibit C**; this document was previously filed under seal by Plaintiffs as Exhibit 2 to the Declaration of Patrick M. Buelna [Dkt. 100-8].

- Exhibit B to the Declaration of Kirsten Walker in Support of Defendants' Motion for Summary Judgment is attached hereto as **Exhibit D**.

- The unredacted version of Plaintiff's Motion for Partial Summary Adjudication is attached hereto as **Exhibit E**.

- Exhibit 5 to the Declaration of Patrick M. Buelna [Dkt. 100-8] is attached hereto as **Exhibit F**.

- Exhibit 6 to the Declaration of Patrick M. Buelna [Dkt. 100-8] is attached hereto as **Exhibit G**.

- Exhibit 7 to the Declaration of Patrick M. Buelna [Dkt. 100-8] is attached hereto as

**Exhibit H**.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct. This declaration was executed in San Francisco, California on December 14, 2020.

                     */s/ Kelly Collins*
                     Kelly Collins