# EXHIBIT D

```
                                                                    000056
CommandCAD              EVENT HISTORY DETAIL: Call 170060185        Friday, January 6, 2017
                        SAN FRANCISCO POLICE DEPARTMENT                          10:35:47

SP170060185   A  217      SHOOTING              521 CAPITOL AV, SF
[01/06/2017]
03:51:47   DT31   A22802   CREATE    Location Redacted        SF Type:418 Name: Redacted
                                     Phone Redacted    DAREA:3I Area:853A TypeDesc:FIGHT NO
                                     WEAPON LocDesc:btwn LOBOS ST and MINERVA ST LocCross:btwn
                                     LOBOS ST and MINERVA ST  Priority:B Class:F:3PAT Agency:SP Map:A3
                                     RPCont?:909
03:57:07   DT31   A22802   ENTRY     TypeDesc:FIGHT NO WEAPON->RO VIOLATION    Map:A3
                                     Comment:RP HAVE RESTRAINING ORDER AGAINST NABOR...NABOR IS
                                     VIOLATING BY HITTING THE WALL IN THE MIDDLE OF THE NIGHT
                                     ...NABOR SEAN MOORE BMA, 40 YO, 6'0, HEAVY BUILD...NABOR IS IN
                                     515 CAPITOL AV...NFI
03:57:07   DT31   A22802   SUBJ      S#:1 Race:B Sex:M Age:40 Hght:6 Wght:HEAVY  Name:MOORE, SEAN
03:57:07   CADAPP TIB      PREMIS    Comment:PPR
03:57:12   DT09   A22217   SELECT
03:57:25   DT09   A22217   DISPER    3I16E       Sector/Stn:I6 Operator: Redacted
                                     OperNames:CHA,KENNETH #1206; PATINO,COLIN P. #1310
03:57:25   DT09   A22217   PRIU      3I16E
04:00:32   DT31   A22802   NOMORE
04:06:04   K370   A21713   PRIOR     PremType:PPR 3I16E
04:07:06   K370   A21713   RI        3I16E
04:09:03   K370   A21713   MISCN     3I16E Comment:SFPDMDCCMDLINE mask: Query 1:
                                           Redacted

                                     4 6STM114
04:09:39   K370   A21713   MISCN     3I16E Comment:MONSTR mask: Query 1:
                                           Redacted

04:09:59   K370   A21713   MISCN     3I16E Comment:SFPDMDCCMDLINE mask: Query 1:
                                           Redacted

                                     L1BLAINE,NICK
                                     B32
04:10:26   K370   A21713   RI        3I16E
04:13:11   DT09   A04350   MISCN     3I16E Comment:STILL 98..UNIT AT GRAFTON/CAPITOL
04:15:40   K370   A21713   ONSCN     3I16E
04:20:53   DT13   A08398   MISCN     3I16E Comment:ATTEMPTING TO MAKE CONTACT W/THE SUBJ NOW
04:21:04   DT13   A08398   MISCN     3I16E Comment:SH
04:21:19   DT13   A08398   BACKER    3I12E Operator: Redacted  OperNames:DOUGLAS,CALVIN C. #986;
                                     KUROSE,MATTHEW HIROMI #1355
04:22:50   DT13   A08398   MISCN     3I16E Comment:SUBJ MADE AN AGGRESSIVE LEAP TWDS US, WE
                                     PEPPER SPRAYED THE SUBJ
04:23:23   DT09   A04350   BACKER    3I11E Operator: Redacted  OperNames:CORTEZ-CENDEJAS,LORENA
                                     #670; ZASLY,LAURA E. #1239
```

CERTIFIED COPY on file in the Office of Custodian of Records DO NOT DUPLICATE Dept. of Emergency Management City & County of San Francisco

Confidential                                                             CCSF-Moore 000369

000057

| CommandCAD | | | EVENT HISTORY DETAIL: Call 170060185<br>SAN FRANCISCO POLICE DEPARTMENT | | Friday, January 6, 2017<br>10:35:47 |
|---|---|---|---|---|---|
| 04:23:26 | DT09 | A04350 | BACKER | 3I15E Operator:Redacted OperNames:SHERMAN,TAYLOR X. #1230; FREEMAN,RONNEY #1573 | |
| 04:23:35 | DT09 | A04350 | BACKER | 3I13E Operator:Redacted OperNames:COYNE,DOMINIC J. #696; DE LA CRUZ,JONATHAN A.#1374 | |
| 04:23:35 | DT13 | A08398 | ASSOC | Service:F Event:#170060239 Type:418->XM    Agency:SP->SF Comment:26 YOM..CON..BREA..PEPPER SPRAYED IFO FOR A PD UNIT AND ALSO FOR A SUSP 515 CAPITOL | |
| 04:23:44 | DT13 | A08398 | MISCN | 3I11E Comment:C3 FR THE CO | |
| 04:23:46 | DT09 | A04350 | MISCN | 3I12E Comment:C/3 VIC/21ST | |
| 04:23:47 | K320 | A21283 | RI | 3I12E | |
| 04:23:53 | DT13 | A08398 | MISCN | 3I15E Comment:C3 FR THE CO | |
| 04:23:53 | DT09 | A04350 | MISCN | 3I15E Comment:C/3 CO | |
| 04:23:56 | DT09 | A04350 | BACKER | 3I115   Type:XM->418 Operator:Redacted OperNames:ANDERSON,ERICK #4232 | |
| 04:24:03 | DT13 | A08398 | MISCN | 3I12E Comment:C3 FR VICENTE/21ST | |
| 04:24:13 | DT13 | A08398 | CHGLOC | 3I16E   Location:521 CAPITOL AV, SF->515 CAPITOL AV, SF | |
| 04:24:13 | DT13 | A08398 | CHGLOC | 3I115 | |
| 04:24:13 | DT13 | A08398 | CHGLOC | 3I11E | |
| 04:24:13 | DT13 | A08398 | CHGLOC | 3I12E | |
| 04:24:13 | DT13 | A08398 | CHGLOC | 3I13E | |
| 04:24:13 | DT13 | A08398 | CHGLOC | 3I15E | |
| 04:24:14 | DT09 | A04350 | CLOS | 3I16E | |
| 04:24:19 | DT13 | A08398 | MISCN | 3I115 Comment:ACK C3 RESPONSE | |
| 04:24:20 | DT09 | A04350 | MISCN | 3I115 Comment:C/3 ACK | |
| 04:24:29 | K114 | A22025 | RI | 3I13E | |
| 04:24:48 | DT09 | A04350 | MISCN | 3I16E Comment:C33 | |
| 04:24:53 | DT13 | A08398 | MISCN | 3I16E Comment:BM 6FT4 275 LBS HAS SOMETHING IN HIS HANDS | |
| 04:24:59 | K190 | A10742 | BACKER | 3I17E Operator:Redacted OperNames:LEE,JONATHAN #2354; WONG,SIMON #2330 | |
| 04:25:04 | DT13 | A08398 | MISCN | 3I16E Comment:SHOTS FIRED | |
| 04:25:06 | DT09 | A04350 | MISCN | 3I16E Comment:SHOTS FIRED | |
| 04:25:16 | K037 | A22143 | BACKER | 3G11E Operator:Redacted OperNames:NAVALLE,JOSEPH A. #2447; CHOW,CELINA WING YUE #2080 | |
| 04:25:19 | DT13 | A08398 | MISCN | 3I16E Comment:POA REP 408 | |
| 04:25:28 | K037 | A22143 | RI | 3G11E | |
| 04:25:30 | DT13 | A08398 | BACKER | 3I200 Operator:Redacted OperNames:WEGGENMANN,PAUL #725 | |
| 04:25:35 | K013 | A21561 | BACKER | 3G15E Operator:Redacted OperNames:GILSON,ROBERT #1597; DEMKOWSKI,TRACY M #340 | |
| 04:25:40 | K333 | A05338 | BACKER | 3H115 Operator:Redacted OperNames:BODISCO,RICHARD #883 | |
| 04:25:52 | DT13 | A08398 | MISCN | 3I16E Comment:SCENE NOT SAFE FOR 408 | |
| 04:26:09 | DT09 | A04350 | BACKER | 3G12E Operator:Redacted OperNames:MCINTOSH,PAUL #2168; BANDY,RILEY T #673 | |
| 04:26:16 | K163 | A10870 | BACKER | 3H4E Operator:Redacted OperNames:MCMILTON,MEAGHAN #2347 | |
| 04:26:24 | DT14 | A08953 | INFO | Comment:*** SCENE NOT SAFE FOR FIRE..SHOTS FIRED | |
| 04:26:26 | DT13 | A08398 | MISCN | 3I12E Comment:BLK AWAY | |
| 04:26:30 | K308 | A21685 | BACKER | 3G14E Operator:Redacted OperNames:JENSEN,SEAMUS M. #1423; NEARY,SEAN C. #1291 | |
| 04:26:42 | DT14 | A08953 | BACKER | 3H11E Operator:Redacted OperNames:ZHAO,ALLEN #488; FOGARTY,BRIAN P. #255 | |
| 04:26:48 | DT14 | A08953 | BACKER | 3H16E Operator:Redacted OperNames:WONG,GILBERT #4222; YOUNG,ANDREW E. #2485 | |
| 04:26:48 | SP03 | A01910 | INFO | Comment:***SHOOTING INCIDENT--- SCENE IS NOT SECURE--- | |
| 04:26:50 | DT13 | A08398 | MISCN | 3H11E Comment:BLK AWAY | |
| 04:26:53 | K106 | A21617 | RI | 3H11E | |
| 04:26:58 | DT13 | A08398 | MISCN | 3I115 Comment:SUSP BARRICADED | |
| 04:27:04 | DT14 | A08953 | MISCN | 3H16E Comment:SUBJ BARACADED SUBJ | |
| 04:27:05 | DT09 | A04350 | MISCN | 3I16E Comment:BARRICADE SUBJ | |
| 04:27:06 | DT13 | A08398 | MISCN | 3I115 Comment:NEED SPECS | |
| 04:27:20 | K251 | A21768 | ONSCN | 3I15E | |

CERTIFIED COPY of original master file in the Office of Custodian of Records DO NOT DUPLICATE Dept. of Emergency Management City & County of San Francisco

Confidential   CCSF-Moore 000370

```
                                                                                    000058
CommandCAD                  EVENT HISTORY DETAIL: Call 170060185            Friday, January 6, 2017
                            SAN FRANCISCO POLICE DEPARTMENT                           10:35:47
```

| Time | Unit | ID | Type | Detail |
|---|---|---|---|---|
| 04:27:20 | DT13 | A08398 | MISCN | 3I115 Comment:SUSP POSS SHOT 1 TIME SUBJ CAME OUT BATONS LOST IN THE FIGHT |
| 04:27:21 | DT09 | A04350 | MISCN | 3I16E Comment:SUBJ WAS 240 PD...LOST BATON IN FIGHT |
| 04:27:26 | DT14 | A08953 | MISCN | 3I16E Comment:SUBJ ASSAULTED PARTNER W/FISTS AND FEET.. SUBJ MAY HAVE BEEN HIT AT LEAST ONCE |
| 04:27:26 | K013 | A21561 | MISCN | 3G15E Comment:CODE 3 OAK AND STANYAN |
| 04:27:30 | DT13 | A08398 | MISCN | 3I16E Comment:SUSP POSS SHOT 1 TIME SUBJ CAME OUT BATONS LOST IN THE FIGHT |
| 04:27:31 | DT14 | A08953 | BACKER | 3G13E Operator:Redacted OperNames:GONZALEZ,JOSUE I. #748; MAJESKI,JOSEPH #2105 |
| 04:27:44 | DT03 | A06860 | INFO | Name:Redacted SEAN Comment:HAVE SEAN ON THE LINE STATES HE HAS BEEN SHOT AND NEEDS HELP |
| 04:27:44 | DT03 | A06860 | ALI | E911Phone:Redacted E911Address:Redacted E911Subs:MOORE SEAN W E911Source:RESD |
| 04:27:47 | DT14 | A08953 | MISCN | 3G13E Comment:C/3 FROM LINC/PARK PRESIDIO |
| 04:27:47 | DT13 | A08398 | BACKER | 3X301 Operator:Redacted OperNames:SILVERMAN,SIMON #1543 |
| 04:28:03 | DT13 | A08398 | MISCN | 3I17E Comment:WILL COVER FARALLONES |
| 04:28:05 | DT09 | A04350 | MISCN | 3G15E Comment:STAN/OAK C3 |
| 04:28:08 | K308 | A21685 | RI | 3G14E |
| 04:28:12 | DT13 | A08398 | MISCN | 3I16E Comment:BOTH HIT W/PEPPER SPRAY NEED UNITS |
| 04:28:15 | K375 | A09628 | BACKER | 3H15E Operator:Redacted OperNames:LOZANO,LIZA #1372; MCCALL,JOSEPH #901 |
| 04:28:36 | DT03 | A06860 | INFO | Comment:LEFT LINE OPEN |
| 04:28:40 | DT14 | A08953 | CLOS | 3H11E Location:515 CAPITOL AV, SF->CAPITOL AV/MINERVA ST, SF LocDesc:btwn LOBOS ST and MINERVA ST-><600/ 200> |
| 04:28:43 | DT09 | A04350 | CLOS | 3H11E |
| 04:28:50 | K217 | A08177 | RI | 3I115 |
| 04:28:57 | DT13 | A08398 | MISCN | 3I15E Comment:POA REP ON SCENE |
| 04:29:03 | DT14 | A08953 | MISCN | 3I15E Comment:POA REP OS.. |
| 04:29:20 | DT13 | A08398 | MISCN | 3I16E Comment:MEDIC TO STAGE A BLK AWAY |
| 04:29:20 | DT14 | A08953 | MISCN | 3I15E Comment:HAVE 408 STAGE.. |
| 04:29:21 | DT11 | A08403 | MISCN | 3I16E Comment:***NEED A POA ON SCENE |
| 04:29:30 | DT14 | A08953 | MISCN | 3I15E Comment:BLK AWAY |
| 04:29:31 | DT13 | A08398 | ONSCN | 3I115 |
| 04:29:35 | DT09 | A04350 | BACKOS | 3H13E Operator:Redacted OperNames:RAGUSA,FRANCO S. #1482; LANDIS,GRANT #455 |
| 04:29:37 | DT14 | A08953 | ONSCN | 3H115 |
| 04:29:38 | DT11 | A08403 | ONSCN | 3H115 |
| 04:29:40 | DT03 | A06860 | INFO | Comment:CALLER DISCONNECTED |
| 04:29:41 | DT09 | A04350 | CLOS | 3H13E |
| 04:30:04 | DT11 | A08403 | ONSCN | 3I200 |
| 04:30:21 | DT13 | A08398 | MISCN | 3I16E Comment:UNK WHAT SUSP IS ARMED WITH AT THIS TIME |
| 04:30:33 | DT13 | A08398 | MISCN | Comment:MEDICS AT CAPITOL/FARALOLONES |
| 04:30:39 | DT14 | A08953 | MISCN | 3I16E Comment:MEDICS 97..CAPITOL/FARALLONES |
| 04:30:45 | DT13 | A08398 | CHGLOC | 3I15E Location:CAPITOL AV/MINERVA ST, SF->ON LOBOS |
| 04:30:46 | K013 | A21561 | RI | 3G15E |
| 04:31:11 | DT14 | A08953 | BACKOS | 3H116 Location:ON LOBOS->515 CAPITOL AV, SF |
| 04:31:20 | DT11 | A08403 | MISCN | 3H115 Comment:HAS BOTH OFFICERS AND 1 PEPPER SPRAYED |
| 04:31:21 | K361 | A10610 | BACKER | 3G68 Operator:Redacted OperNames:CAMPBELL,BRYAN #2302; HODGE,MARK #151 |
| 04:31:27 | DT13 | A08398 | MISCN | 3H115 Comment:HAS BOTH OFFICERS CON AND BREA BUT HAVE COMPLAINTS OF PAIN , MEDICS TO STAGE ON MINERVA/CAPITOL ABOUT A BLK AWAY |
| 04:31:29 | DT14 | A08953 | MISCN | 3H116 Comment:HAVE OFFICER COMPLAINTS OF PAIN AND POSS PEPPERED SPRAYED |
| 04:31:31 | DT09 | A04350 | MISCN | 3H115 Comment:408 STAGE TO MINERVA AND CAPITAL |
| 04:31:33 | DT11 | A08403 | MISCN | 3H115 Comment:ON MINERVA/CAPITOL ABT A BLK AWAY |
| 04:31:46 | DT13 | A08398 | MISCN | 3I12E Comment:ACCESS TO THE BACKYARD OF 521 CAPITOL NEED MORE UNIT |
| 04:31:49 | DT09 | A04350 | MISCN | 3I12E Comment:HAS ACCESS TO 521 CAPITOL |

CERTIFIED COPY
of original master file in the
Office of Custodian of Records
DO NOT DUPLICATE
Dept. of Emergency Management
City & County of San Francisco

Confidential                                                                CCSF-Moore 000371

```
                                                                              000059
CommandCAD            EVENT HISTORY DETAIL: Call 170060185           Friday, January 6, 2017
                      SAN FRANCISCO POLICE DEPARTMENT                           10:35:47
```

| Time | Unit | ID | Type | Comment |
|---|---|---|---|---|
| 04:32:00 | DT13 | A08398 | MISCN | 3H115 Comment:TO ALL RESPONDING UNITS 10-20 IS 515 CAPITOL |
| 04:32:02 | DT14 | A08953 | MISCN | 3H115 Comment:515 CAPITOL..UNK IF DETAINMENT IS SET UP |
| 04:32:16 | DT14 | A08953 | MISCN | 3I200 Comment:TEMP COMMAND POST CAPITOL/LOBOS |
| 04:32:18 | DT13 | A08398 | MISCN | 3I200 Comment:SETTING UP COMMAND POST CAPITOL/LOBOS |
| 04:32:19 | K306 | A21549 | ONSCN | 3G12E |
| 04:32:26 | DT13 | A08398 | MISCN | 3I200 Comment:CALL-OUT FOR BARRICADED SUBJ |
| 04:32:26 | DT14 | A08953 | MISCN | 3I200 Comment:BARACADED SUSP |
| 04:32:28 | DT14 | A08953 | ONSCN | 3G12E |
| 04:32:45 | DT03 | A06860 | INFO | Comment:CALLER STATED HE HAD NO WEAPONS, ADVD RP TO COOPERATE WITH PD, CALLER LEFT LINE OPEN THEN HU, STATED HIS NAME WAS SEAN MOORE |
| 04:32:53 | K186 | A21918 | ONSCN | 3G13E |
| 04:33:03 | DT13 | A08398 | MISCN | Comment:SUP TED NTFD FOR CALL-OUT |
| 04:33:19 | DT13 | A08398 | MISCN | 3H115 Comment:CANNOT GAIN ACCESS TO BACKYARD WE NEED TO SECURE THE BLOCK AND TIGHTEN THE PERIMETER |
| 04:33:19 | DT14 | A08953 | MISCN | 3H115 Comment:NEED WHOLE BLK SECURED |
| 04:33:24 | K037 | A22143 | ONSCN | 3G11E |
| 04:33:32 | DT13 | A08398 | MISCN | 3I15E Comment:MINERA AND CAPITOL FOR THE MEDICS |
| 04:33:35 | DT14 | A08953 | MISCN | 3I16E Comment:NEED MEDICS COME TO MINERA/CAPITOL |
| 04:33:41 | K037 | A22143 | RI | 3G11E |
| 04:34:10 | K013 | A21561 | ONSCN | 3G15E |
| 04:34:20 | DT14 | A08953 | INFO | LocDesc:<600/ 200>->btwn LOBOS ST and MINERVA ST Comment:*** HAVE MEDICS TO MINERVA/CAPITOL C/3 *** |
| 04:34:36 | DT13 | A08398 | MISCN | 3I200 Comment:SAFE AVE OF APPROACH FARALLONES TO LOBOS AND FROM THERE WB LOBOS |
| 04:34:36 | DT11 | A08403 | MISCN | 3I200 Comment:***SAFE AVE APPROACH FARRALLONES TO LOBOS - WB LOBOS |
| 04:34:37 | DT14 | A08953 | MISCN | 3I200 Comment:SAVE AVE FARALONES TO LOBOS WB LOBOS |
| 04:34:39 | DT09 | A04350 | MISCN | 3I200 Comment:SAFE AVE APPROACH FARROLLONES TO LOBOS THEN WB ON LOBOS |
| 04:34:48 | DT13 | A08398 | MISCN | 3I115 Comment:NO ANSWER ON CB |
| 04:34:50 | DT14 | A08953 | MISCN | 3I115 Comment:NO ANSWER ON CB. |
| 04:35:29 | K308 | A21685 | ENRTE | 3G14E |
| 04:35:31 | K308 | A21685 | ONSCN | 3G14E |
| 04:35:39 | DT15 | A21661 | BACKER | 3A11E Operator:Redacted OperNames:KHMARSKIY,PAVEL #1382; MEJIA,MANUEL A. #402 |
| 04:35:54 | K007 | A22577 | RI | 3A11E |
| 04:35:55 | DT14 | A08953 | MISCN | 3I200 Comment:SAVE SB MINERVA FROM MONTANA |
| 04:36:00 | DT13 | A08398 | MISCN | 3I115 Comment:TO 3I200 COMMAND POST NOW AT MINERVA/CAPITOL ANYONE APPROACHING USE SB CAPITOL TO MINERVA |
| 04:36:09 | K007 | A22577 | RI | 3A11E |
| 04:36:10 | DT14 | A08953 | MISCN | 3I200 Comment:SAFE AVE OF APPROACH SB MINERVA FROM MONTANA |
| 04:36:18 | DT13 | A08398 | MISCN | 3I15E Comment:OCCUPANTS INSIDE HAS TURNED THE LIGHTS OFF |
| 04:36:18 | DT14 | A08953 | MISCN | 3I15E Comment:HAVE EYES ON THE HOUSE..W/LIGHTS OFF |
| 04:36:30 | DT09 | A04350 | CLOS | 3I13E Location:515 CAPITOL AV, SF->521 CAPITOL AV, SF Comment:IN THE BACKYARD..EYES ON THE HOUSE AT 515 CAPITAL AND THE LIGHTS ARE OFF |
| 04:36:35 | DT15 | A21661 | BACKER | 3E15E Location:521 CAPITOL AV, SF->515 CAPITOL AV, SF Operator:Redacted OperNames:BUHAGIAR,GREGORY #1277; SHARRON,ANTHONY #382 |
| 04:36:36 | DT13 | A08398 | MISCN | 3H115 Comment:ALL UNITS 97 PUT OUT THEIR 10-20 TO LOCK DOWN THE HOUSE OR LOCK DOWN THE ENTIRE SQUARE BLOCK |
| 04:36:38 | DT14 | A08953 | MISCN | 3H115 Comment:ALL UNITS 97.. PUT OUT 1020..LOCK DOWN HOUSE AND SQUARE BLK |
| 04:36:40 | DT11 | A08403 | MISCN | Comment:***COMMAND POST AT MINERVA/CAPITOL*** |
| 04:36:50 | DT15 | A21661 | CHGLOC | 3E15E Location:515 CAPITOL AV, SF->SPEC 54 |
| 04:37:00 | DT14 | A08953 | MISCN | 3H115 Comment:ALL FOR ALL SPEC UNITS TO RESPOND |
| 04:37:07 | DT13 | A08398 | CHGLOC | 3G12E Location:SPEC 54->CAPITOL AV/LOBOS ST, SF LocDesc:btwn LOBOS ST and MINERVA ST-><500/ 200> |
| 04:37:08 | DT14 | A08953 | CLOS | 3G12E |

*CERTIFIED COPY of original master file in the Office of Custodian of Records DO NOT DUPLICATE Dept. of Emergency Management City & County of San Francisco*

| | | | | | |
|---|---|---|---|---|---|
| CommandCAD | | | EVENT HISTORY DETAIL: Call 170060185<br>SAN FRANCISCO POLICE DEPARTMENT | | 000060<br>Friday, January 6, 2017<br>10:35:47 |

| Time | Unit | ID | Action | Details |
|---|---|---|---|---|
| 04:37:15 | DT13 | A08398 | CHGLOC | 3G13E |
| 04:37:18 | DT14 | A08953 | CLOS | 3G13E |
| 04:37:18 | DT13 | A08398 | CHGLOC | 3G11E |
| 04:37:22 | DT15 | A21661 | BACKER | 3F12E Location:CAPITOL AV/LOBOS ST, SF->POA REP Operator:[Redacted] [Redacted] OperNames:LAMELA,LEO #1105; CUMMINGS,JEREMY #2261 |
| 04:37:25 | K375 | A09628 | MISCN | 3H15E Comment:97 LOBOS/ORIZABA |
| 04:37:29 | DT14 | A08953 | CLOS | 3G11E Location:POA REP->CAPITOL AV/LOBOS ST, SF |
| 04:37:29 | DT13 | A08398 | CHGLOC | 3G14E |
| 04:37:33 | DT13 | A08398 | CHGLOC | 3G15E |
| 04:37:34 | DT15 | A21661 | CHGLOC | 3A11E Location:CAPITOL AV/LOBOS ST, SF->SPEC34 |
| 04:37:34 | DT14 | A08953 | CLOS | 3G12E Location:SPEC34->CAPITOL AV/LOBOS ST, SF |
| 04:37:46 | K211 | A04989 | BACKER | 4T9E Location:CAPITOL AV/LOBOS ST, SF->515 CAPITOL AV, SF Operator:[Redacted] OperNames:MACIEL,MATTHEW #1767 |
| 04:38:00 | K112 | A21523 | RI | 3E15E |
| 04:38:06 | DT13 | A08398 | CHGLOC | 3H4E LocDesc:<500/ 200>->btwn LOBOS ST and MINERVA ST Comment:ACROSS FROM |
| 04:38:16 | DT14 | A08953 | CLOS | 3H115 Location:515 CAPITOL AV, SF->CAPITOL AV/MINERVA ST, SF LocDesc:btwn LOBOS ST and MINERVA ST-><600/ 200> |
| 04:38:16 | DT13 | A08398 | CHGLOC | 3H115 |
| 04:38:17 | K112 | A21523 | CLEAR | 3E15E Dispo:ND |
| 04:38:36 | DT14 | A08953 | CLOS | 3H11E |
| 04:38:37 | DT13 | A08398 | CHGLOC | 3H11E |
| 04:39:04 | DT14 | A08953 | CLOS | 3H13E Location:CAPITOL AV/MINERVA ST, SF->503 CAPITOL AV, SF LocDesc:<600/ 200>->btwn LOBOS ST and MINERVA ST |
| 04:39:05 | DT15 | A21661 | BACKER | 3E15E Location:503 CAPITOL AV, SF->515 CAPITOL AV, SF Operator:[Redacted] OperNames:BUHAGIAR,GREGORY #1277; SHARRON,ANTHONY #382 |
| 04:39:07 | DT15 | A21661 | CHGLOC | 3E15E Location:515 CAPITOL AV, SF->SPEC 54 |
| 04:39:10 | DT13 | A08398 | CHGLOC | 3H13E Location:SPEC 54->503 CAPITOL AV, SF |
| 04:39:22 | DT13 | A08398 | CHGLOC | 3H15E Location:503 CAPITOL AV, SF->LOBOS ST/ORIZABA AV, SF LocDesc:btwn LOBOS ST and MINERVA ST-><299/ 331> |
| 04:39:23 | DT14 | A08953 | CLOS | 3H15E |
| 04:39:38 | DT14 | A08953 | CLOS | 3H16E Location:LOBOS ST/ORIZABA AV, SF->503 CAPITOL AV, SF LocDesc:<299/ 331>->btwn LOBOS ST and MINERVA ST |
| 04:39:42 | DT13 | A08398 | CHGLOC | 3H16E Comment:BEHIND 503 CAPITOL |
| 04:39:55 | DT09 | A04350 | ONSCN | 3H16E |
| 04:39:58 | DT14 | A08953 | CLOS | 3I115 Location:503 CAPITOL AV, SF->MINERVA ST/CAPITOL AV, SF LocDesc:btwn LOBOS ST and MINERVA ST-><200/ 600> |
| 04:39:59 | DT13 | A08398 | CHGLOC | 3I115 |
| 04:40:02 | DT09 | A04350 | ONSCN | 3H13E |
| 04:40:07 | DT14 | A08953 | CLOS | 3I11E |
| 04:40:11 | DT09 | A04350 | ONSCN | 3H11E |
| 04:40:14 | DT09 | A04350 | ONSCN | 3H115 |
| 04:40:15 | DT13 | A08398 | CHGLOC | 3I11E Location:MINERVA ST/CAPITOL AV, SF->503 CAPITOL AV, SF LocDesc:<200/ 600>->btwn LOBOS ST and MINERVA ST |
| 04:40:19 | DT09 | A04350 | ONSCN | 3H4E |
| 04:40:22 | DT09 | A04350 | ONSCN | 3G15E |
| 04:40:24 | DT09 | A04350 | ONSCN | 3G14E |
| 04:40:26 | DT13 | A08398 | MISCN | Comment:4T201 MONITORING |
| 04:40:27 | DT14 | A08953 | BACKOS | 4T201 Location:503 CAPITOL AV, SF->MINERVA ST/CAPITOL AV, SF |
| 04:41:15 | K112 | A21523 | ONSCN | 3E15E |
| 04:41:39 | K375 | A09628 | RI | 3H15E |
| 04:41:46 | DT13 | A08398 | MISCN | 3H115 Comment:FR THE BACK OF 521 CAPITOL WE DO HAVE MOVEMENT |
| 04:41:49 | DT14 | A08953 | MISCN | 3H115 Comment:MOVEMENT FROM THE BACK OF 521 CAPITOL IN SUSP'S RESIDENCE |
| 04:42:13 | DT11 | A08403 | PRMPT | 3E15E Comment:Preempted and dispatched to call #170060255 |
| 04:42:24 | K361 | A10610 | RI | 3G68 |
| 04:42:24 | DT13 | A08398 | MISCN | 3I17E Comment:WE WILL IN THE BACK 217 MINERVA W/3H11E |
| 04:42:29 | DT14 | A08953 | MISCN | 3I17E Comment:IN THE BACKYARD.. OF 217 MINERVA |

CERTIFIED COPY of original master file in the Office of Custodian of Records
DO NOT DUPLICATE
Dept. of Emergency Management
City & County of San Francisco

Confidential                                                                                                                              CCSF-Moore 000373

000061

| CommandCAD | | | EVENT HISTORY DETAIL: Call 170060185<br>SAN FRANCISCO POLICE DEPARTMENT | | Friday, January 6, 2017<br>10:35:47 |

| Time | Unit | ID | Type | Detail |
|---|---|---|---|---|
| 04:42:29 | DT13 | A08398 | CLOS | 3I17E Location:MINERVA ST/CAPITOL AV, SF->217 MINERVA ST, SF LocDesc:btwn LOBOS ST and MINERVA ST->btwn CAPITOL AV and ORIZABA AV LocCross:btwn LOBOS ST and MINERVA ST->btwn CAPITOL AV and ORIZABA AV |
| 04:42:58 | DT13 | A08398 | MISCN | 3I200 Comment:-*COMMAND POST* MINERVA/LOBOS POST |
| 04:43:07 | DT14 | A08953 | CLOS | 3I13E Location:217 MINERVA ST, SF->521 CAPITOL AV, SF LocDesc:btwn CAPITOL AV and ORIZABA AV->btwn LOBOS ST and MINERVA ST LocCross:btwn CAPITOL AV and ORIZABA AV->btwn LOBOS ST and MINERVA ST |
| 04:43:12 | K211 | A04989 | ONSCN | 4T9E |
| 04:43:12 | DT14 | A08953 | MISCN | 3I13E Comment:IN THE BACKYARD |
| 04:43:20 | DT13 | A08398 | MISCN | 3I13E Comment:BACK OF 521 CAPITOL AND 1/2 OF 3I12E OTHER 1/2 OF 3I12E IS IN FRONT |
| 04:43:28 | DT14 | A08953 | MISCN | 3I12E Comment:HALF UNIT IN THE BACK YARD W/3I13E |
| 04:43:34 | DT14 | A08953 | MISCN | 3I12E Comment:OTHER HALF IFO |
| 04:43:35 | DT09 | A04350 | BACKER | 5X113 Operator:Redacted OperNames:FOLTZ,AARON #1971 Comment:SPE 108 |
| 04:43:37 | DT13 | A08398 | MISCN | 3I200 Comment:SAFE AVE MONTANA THEN EB LOBOS |
| 04:44:01 | DT09 | A04350 | MISCN | 3I115 Comment:PUBLIC SAFETY STATEMENT TAKED FROM INVOLVE OFFICER |
| 04:44:07 | DT13 | A08398 | MISCN | 3G15E Comment:SUBJ WALKING IN THE FRONT LINE OF THE HOUSE |
| 04:44:11 | DT14 | A08953 | MISCN | 3G15E Comment:SUBJ WALKIN AROUND NEAR THE FRONT BLINDS NEAR THE FRONT OF THE HOUSE.. |
| 04:44:18 | DT13 | A08398 | CLOS | 3I17E |
| 04:44:22 | DT13 | A08398 | CLOS | 3I12E |
| 04:44:34 | DT14 | A08953 | MISCN | 4T201 Comment:ANY SPEC SUSP 901 ASAP |
| 04:44:49 | DT09 | A09792 | MISCN | 4T201 Comment:REQ SPEC OFFICER TO 901 |
| 04:44:53 | K007 | A22577 | RI | 3A11E |
| 04:45:03 | DT13 | A08398 | MISCN | 4T201 Comment:ANY SPEC SUPERVISOR LL ASAP, 5X113 WILL HAN |
| 04:45:16 | DT09 | A09792 | BACKER | 3D13E Location:521 CAPITOL AV, SF->CAPITOL AV/MINERVA ST, SF Operator:Redacted OperNames:QUEMA,MICHELLE #2117 |
| 04:45:25 | DT09 | A09792 | CHGLOC | 3D13E Location:CAPITOL AV/MINERVA ST, SF->SPEC 51 |
| 04:45:30 | DT13 | A08398 | CLOS | 3I17E Location:SPEC 51->217 MINERVA ST, SF LocDesc:btwn LOBOS ST and MINERVA ST->btwn CAPITOL AV and ORIZABA AV LocCross:btwn LOBOS ST and MINERVA ST->btwn CAPITOL AV and ORIZABA AV Comment:BACK OF |
| 04:45:45 | DT09 | A09792 | PRMPT | 3H15E Comment:Preempted and dispatched to call #170060030 |
| 04:45:48 | K163 | A10870 | RI | 3H4E |
| 04:45:54 | DT09 | A09792 | BACKER | 3H15E Location:217 MINERVA ST, SF->CAPITOL AV/LOBOS ST, SF Operator:Redacted OperNames:LOZANO,LIZA #1372; MCCALL,JOSEPH #901 |
| 04:46:01 | K163 | A10870 | RI | 3H4E |
| 04:46:12 | K163 | A10870 | RI | 3H4E |
| 04:46:15 | DT09 | A09792 | BACKER | 5X108 Location:CAPITOL AV/LOBOS ST, SF->521 CAPITOL AV, SF Operator:Redacted OperNames:MCWILLIAMS,THOMAS #1227 |
| 04:46:15 | DT09 | A09792 | BACKER | 5X112 Operator:Redacted OperNames:BYRNE,KEVIN #4218 |
| 04:46:22 | DT13 | A08398 | MISCN | 3I200 Comment:-*COMMAND POST* MINERVA/LOBOS POST |
| 04:46:39 | DT14 | A08953 | MISCN | 3I16E Comment:LIGHTS WENT OF IN THE BACK |
| 04:46:42 | DT13 | A08398 | MISCN | Comment:LIGHTS WENT OFF IN THE BACK |
| 04:47:13 | DT13 | A08398 | CHGLOC | 3I200 Comment:-*COMMAND POST* MINERVA/LOBOS POST Plate: |
| 04:47:46 | DT09 | A09792 | MISCN | Comment:***COMMAND POST MINERVA/CAPITOL*** |
| 04:48:08 | DT09 | A09792 | MISCN | 3I115 Comment:WILL TRY TO TALK SUBJ OUT |
| 04:48:12 | DT13 | A08398 | MISCN | 3I115 Comment:WILL TRY TO CONTACT SUBJ THROUGH PA |
| 04:48:23 | DT13 | A08398 | CHGLOC | 3I200 Location:521 CAPITOL AV, SF->*COMMAND POST* MINERVA/CAPITOL |
| 04:48:54 | DT13 | A08398 | MISCN | Comment:4 UNITS AT CAPITOL/LOBOS WILL NEED THEM AS ARREST TEAM AND 2 OTHER OFFICERS TO HOLD PERIMETER FOR 3I115 |
| 04:48:59 | DT09 | A09792 | MISCN | 3I115 Comment:4 UNITS AT CAPITOL/LOBOS ARREST TEAM |
| 04:49:36 | DT09 | A09792 | MISCN | 3I115 Comment:WILL APPROACH SB CAPITOL FROM MINERVA |
| 04:50:02 | DT13 | A08398 | MISCN | 3I115 Comment:WILL APPROACH NOW IN THE VEH |

CERTIFIED COPY
of original master file in the
Office of Custodian of Records
DO NOT DUPLICATE
Dept. of Emergency Management
City & County of San Francisco

Confidential

CCSF-Moore 000374

000062

| CommandCAD | | | EVENT HISTORY DETAIL: Call 170060185<br>SAN FRANCISCO POLICE DEPARTMENT | | Friday, January 6, 2017<br>10:35:47 |
|---|---|---|---|---|---|
| 04:50:04 | DT09 | A09792 | MISCN | 3I115 Comment:WILL APPROACH NOW IN VEH SB CAPITOL FROM MINERVA | |
| 04:50:26 | DT09 | A09792 | ONSCN | 5X108 | |
| 04:50:26 | DT09 | A09792 | ONSCN | 5X112 | |
| 04:50:31 | DT13 | A08398 | ONSCN | 5X108 | |
| 04:50:31 | DT13 | A08398 | ONSCN | 5X112 | |
| 04:50:45 | DT13 | A08398 | BACKOS | SP34   Location:*COMMAND POST* MINERVA/CAPITOL->ON LOBOS | |
| 04:51:24 | DT13 | A08398 | CLOS | SP34   Location:ON LOBOS->CAPITOL AV/LOBOS ST, SF LocDesc:btwn CAPITOL AV and ORIZABA AV-><500/ 200> | |
| 04:51:50 | DT13 | A08398 | MISCN | 3I115 Comment:HE IS IN THE WINDOW BUT NOT WILLING TO COME TO THE DOOR | |
| 04:52:57 | DT13 | A08398 | BACKOS | 3G114 Operator:[Redacted]OperNames:FEGAN,HEATHER #4194 | |
| 04:53:00 | DT13 | A08398 | MISCN | 3G114 Comment:HAS HIS PARENTS AT THE CORNER | |
| 04:55:07 | DT09 | A09792 | MISCN | Comment:SUBJ STATES HE WAS SHOT IN THE CHEST AND LEG | |
| 04:55:11 | DT13 | A08398 | MISCN | 3I200 Comment:SUBJ SAYING SHOT ONCE TO LEG AND ONCE TO CHEST | |
| 04:55:22 | SP03 | A01910 | CHANGE | Type:418->217   TypeDesc:RO VIOLATION->SHOOTING   Priority:B->A Agency:SF->SP | |
| 04:55:24 | DT13 | A08398 | MISCN | 3I115 Comment:SUSP VERY CONFRONTATIONAL AND WILL NOT COME OUT | |
| 04:55:25 | DT09 | A09792 | MISCN | 3I115 Comment:SUBJ HAS BLOOD AND VERY CONFRONTATIONAL | |
| 04:56:11 | DT13 | A08398 | ONSCN | SP34 | |
| 04:56:21 | DT09 | A09792 | ONSCN | 3A11E | |
| 04:56:21 | DT09 | A09792 | ONSCN | 3D13E | |
| 04:56:44 | DT13 | A08398 | MISCN | 3I200 Comment:MOVING CP TO MINERVA/CAPITOL WEST OF CAPITOL HALF A BLOCK UP ON MINERVA | |
| 04:56:47 | DT09 | A09792 | CHGLOC | 3I200   Location:CAPITOL AV/LOBOS ST, SF->***COMMAND POST mINERVA/CAPITOL*** | |
| 04:57:07 | DT13 | A08398 | MISCN | 3I200 Comment:SAFE AVE OF APPROACH ORIZABA TO MINERVA | |
| 04:57:07 | DT09 | A09792 | MISCN | 3I200 Comment:SAFE AVE MINERVA TO CAPITOL | |
| 04:57:13 | DT09 | A09792 | CHGLOC | 3I200 | |
| 04:57:21 | DT13 | A08398 | CLOS | 3I200   Location:***COMMAND POST MINERVA/CAPITOL***->*COMMAND POST* MINERVA/CAPITOL | |
| 04:57:40 | DT09 | A09792 | MISCN | 3I17E Comment:M62 TR INJURED OFFICER TO SFG | |
| 04:57:44 | DT09 | A09792 | CHGLOC | 3I17E   Location:*COMMAND POST* MINERVA/CAPITOL->SF GENERAL HOSPITAL, SF   LocDesc:<500/ 200>->at 1001 POTRERO AV, SF LocCross:btwn CAPITOL AV and ORIZABA AV->btwn 22ND ST and 23RD ST | |
| 04:57:45 | DT13 | A08398 | BACKOS | SP51   Location:SF GENERAL HOSPITAL, SF->CAPITOL AV/LOBOS ST, SF | |
| 04:58:06 | DT16 | A08283 | MISCN | 5X108 Comment:ANY AVAILABLE HNT UNITS TO ASSIST THE TARAVAL UNITS AT MINERVA/CAPITOL | |
| 04:58:19 | DT13 | A08398 | MISCN | 3H115 Comment:UNIT TO BLK TRAFFIC AT ORIZABA/MINERVA | |
| 04:58:49 | DT13 | A08398 | MISCN | 3H115 Comment:BLK ORIZABA/MINERVA TO MAINTAIN COMMAND POST | |
| 04:59:27 | K361 | A10610 | MISCN | 3G68 Comment:CAME 97 AND IMMEDIATELY ORDERED TO LEAVE SCENCE AND GO 10-8 BACK TO RICHMOND DISTRICT TO BE AVAILABLE FOR RUNS PER A/PC SGT LEE VIA SGT FEGAN. | |
| 05:00:02 | K361 | A10610 | CLEAR | 3G68   Dispo:ND Comment:ORDERED TO LEAVE SCENE VIA A/PC SGT LEE | |
| 05:00:40 | DT13 | A08398 | MISCN | 3H115 Comment:AS SPECS RELIEVE PATROL WE WILL NEED A UNIT TO BLOCK ORIZABA/MINERVA | |
| 05:01:52 | DT09 | A09792 | BACKER | SP32 | |
| 05:01:52 | DT09 | A09792 | BACKER | SP107 | |
| 05:02:30 | DT09 | A09792 | BACKER | SP108 | |
| 05:02:46 | DT09 | A09792 | BACKER | SP64 | |
| 05:03:24 | K217 | A08177 | RI | 3I115 | |
| 05:03:53 | DT09 | A09792 | BACKER | 3I14E | |
| 05:03:58 | DT09 | A09792 | CLOS | 3I14E   Location:CAPITOL AV/LOBOS ST, SF->TARAVAL STATION, SF LocDesc:at 1001 POTRERO AV, SF->at 2345 24TH AV, SF LocCross:btwn 22ND ST and 23RD ST->btwn SANTIAGO ST and TARAVAL ST | |
| 05:04:01 | DT09 | A09792 | ASSOCX | | |

*CERTIFIED COPY of original master file in the Office of Custodian of Records DO NOT DUPLICATE Dept. of Emergency Manage City & County of San Fran*

| | | | | | 000063 | |
|---|---|---|---|---|---|---|
| CommandCAD | | | | EVENT HISTORY DETAIL: Call 170060185<br>SAN FRANCISCO POLICE DEPARTMENT | | Friday, January 6, 2017<br>10:35:47 |

| Time | Unit | ID | Action | Detail |
|---|---|---|---|---|
| 05:04:01 | DT09 | A09792 | ASSOC | Service:F Event:#170060274 Type:217->XR  Agency:SP->SF<br>Comment:INJURED OFFICER LACERATION TO THE HEAD AND INJURED LEG |
| 05:05:44 | DT13 | A08398 | ONSCN | SP64 |
| 05:06:41 | DT13 | A08398 | ONSCN | SP107 |
| 05:06:43 | DT13 | A08398 | ONSCN | SP108 |
| 05:06:54 | DT13 | A08398 | ONSCN | 3I115 |
| 05:06:57 | DT13 | A08398 | ONSCN | 3H15E |
| 05:06:58 | K375 | A09628 | RI | 3H15E |
| 05:07:08 | DT13 | A08398 | ONSCN | 3I11E |
| 05:07:12 | DT09 | A09792 | RFT | 3G114 Comment:QN |
| 05:07:15 | DT11 | A08403 | MISCN | Comment:3E16E AND 3E14E -- ARE RESPONDING AS CIRT UNIT |
| 05:07:21 | DT13 | A08398 | ONSCN | 3X301 |
| 05:08:08 | K375 | A09628 | RI | 3H15E |
| 05:08:14 | DT13 | A08398 | MISCN | 3I13E Comment:901ING DOC FOR 10-13 |
| 05:10:31 | DT09 | A09792 | ASSOC | Service:F Type:XR->XM |
| 05:10:41 | DT09 | A09792 | MISCA | Comment:REQ MEDICS C3 |
| 05:11:51 | K315 | A07844 | MISCN | 3G114 Comment:MONSTR mask: Query 1: LEWI\NAME\A\A\MOORE,SEAN<br>W [Redacted] SEX=M<br>Query 2: *QN/NAME:MOORE/SEAN/W.DOB [Redacted] SEX:M<br>Query 3: IR<br>[Redacted]  NAM/MOORE,SEAN W.SEX/M.DOB/ [Redacted] APP/Y<br>Query 4: IM<br>[Redacted] MOORE,SEAN W.M.AGE/42<br>Query 5: IN<br>L1MOORE,SEAN W<br>[Redacted] |
| 05:12:59 | DT09 | A09792 | ONSCN | 3I17E |
| 05:14:21 | DT13 | A08398 | ONSCN | 4T201 |
| 05:14:45 | DT13 | A08398 | MISCN | 3I200 Comment:5 SPECS AT THE COMMAND POST |
| 05:15:43 | DT13 | A08398 | MISCN | SP107 Comment:TO 4T201 WILL 904 AT CP |
| 05:16:01 | DT13 | A08398 | CHGLOC | SP107  Location:TARAVAL STATION, SF->MINERVA ST/CAPITOL AV, SF<br>LocDesc:at 2345 24TH AV, SF-><200/ 600> |
| 05:16:52 | DT13 | A08403 | MISCN | 3I200 Comment:SUBJ IS IN THE FRONT WINDOWS AGAIN |
| 05:17:11 | K037 | A22143 | CLEAR | 3G11E  Type:XM->217  Dispo:ND |
| 05:17:32 | DT13 | A08403 | MISCN | 3I200 Comment:LIGHT JUST WENT ON IN THE BACK OF THE HOUSE |
| 05:19:33 | DT09 | A09792 | MISCN | Comment:REQ UNIT MINERVA/ORIZABA TO STOP FOOT TRAFFIC EB MINERVA |
| 05:19:51 | DT13 | A08403 | MISCN | 3I200 Comment:EB MINERVA - NEED TO ENSURE NO FOOT TRAFFIC |
| 05:20:01 | DT13 | A08403 | MISCN | 3I200 Comment:3I17E GOING TO MINERVA/ORIZABA |
| 05:20:09 | DT13 | A08403 | CHGLOC | 3I17E  Location:MINERVA ST/CAPITOL AV, SF->MINERVA ST/ORIZABA AV, SF   LocDesc:<200/ 600>-><299/ 398> |
| 05:20:20 | DT09 | A09792 | BACKER | 3I17 |
| 05:20:31 | DT09 | A09792 | CLOS | 3I17  Location:MINERVA ST/ORIZABA AV, SF->SF GENERAL HOSPITAL, SF   LocDesc:<299/ 398>->at 1001 POTRERO AV, SF LocCross:btwn SANTIAGO ST and TARAVAL ST->btwn 22ND ST and 23RD ST<br>Comment:HALF OF 3I17E |
| 05:20:42 | DT10 | A05721 | CLEAR | 3D13E |
| 05:23:19 | DT13 | A08403 | MISCN | 3I200 Comment:TO SPEC108 TO GO TO THE FRONT DOOR -- SPEC108 ADV'D WILL NEED A FEW MORE BODIES AND WILL BE 98 SHORTLY |
| 05:25:36 | DT13 | A08403 | MISCN | 3I200 Comment:3G12E STILL AT THE TOP OF THE BLDG - NO MOVEMENT SO FAR |
| 05:28:30 | DT13 | A08403 | MISCN | 3I200 Comment:TO 3I12E - PERIMETER POSITION AT THE BACK 521 CAPITOL - GO TO THE COMMAND POST |
| 05:28:35 | DT13 | A08403 | CASE | Case#:PD170014484 3I12E  Location:SF GENERAL HOSPITAL, SF->521 CAPITOL AV, SF   Dispo:ND  LocDesc:at 1001 POTRERO AV, SF->at 521 CAPITOL AV, SF |
| 05:29:51 | DT13 | A08403 | BACKOS | 4T200  Location:521 CAPITOL AV, SF->*COMMAND POST MINERVA/CAPITOL |

CERTIFIED COPY
of original master file in the
Office of Custodian of Records
DO NOT DUPLICATE
Dept. of Emergency Management
City & County of San Francisco

Confidential                                                                                                                   CCSF-Moore 000376

000064

| CommandCAD | | | EVENT HISTORY DETAIL: Call 170060185<br>SAN FRANCISCO POLICE DEPARTMENT | | Friday, January 6, 2017<br>10:35:47 |
|---|---|---|---|---|---|
| 05:31:52 | K153 | A20187 | BACKER | 3I44 | Location:*COMMAND POST* MINERVA/CAPITOL->TARAVAL STATION, SF Operator:Redacted OperNames:IMHOFF,SHAWN #4340 |
| 05:32:35 | K153 | A20187 | RI | 3I44 | |
| 05:34:14 | DT13 | A08398 | MISCN | 4T201 Comment:WILL BE ON B14 | |
| 05:35:59 | K375 | A09628 | RI | 3H15E | |
| 05:37:20 | DT09 | A09792 | MISCN | 4T201 Comment:C33 | |
| 05:37:24 | DT13 | A08398 | MISCN | 4T201 Comment:C33 A8 | |
| 05:37:32 | DT13 | A08398 | MISCN | 4T201 Comment:CONDITION RED | |
| 05:37:32 | DT09 | A09792 | MISCN | 4T201 Comment:CONDITION RED | |
| 05:39:08 | K375 | A09628 | RI | 3H15E | |
| 05:41:11 | DT13 | A08398 | BACKOS | 4T202 Location:TARAVAL STATION, SF->MINERVA ST/CAPITOL AV, SF | |
| 05:41:20 | DT13 | A08398 | MISCN | 4T202 Comment:EVERYONE HOLDING THE PERIMETER | |
| 05:41:39 | K211 | A04989 | RI | 4T9E | |
| 05:41:46 | K211 | A04989 | RI | 4T9E | |
| 05:42:15 | DT13 | A08398 | MISCN | 4T202 Comment:MAKE SURE CAPITOL IS CLEAR | |
| 05:42:28 | DT13 | A08398 | MISCN | 4T202 Comment:TO UNITS UP AT CAPITOL/BROAD MAKE SURE TO CLEAR PATH FOR 408 | |
| 05:42:45 | DT13 | A08398 | MISCN | 3I115 Comment:WILL MAKE SURE PATH IS CLEAR FOR 408 | |
| 05:43:02 | K375 | A09628 | RI | 3H15E | |
| 05:45:07 | DT13 | A08398 | ASSOCX | | |
| 05:45:07 | DT13 | A08398 | ASSOC | Service:F Event:#170060316 Type:217->XS Comment:CAPITOL/BROAD, UNITS GETTING READY TO CONTACT BARRICADED SUSP | |
| 05:45:14 | K218 | A22163 | MISCN | 3H16E Comment:MONSTR mask: Query 1:<br>LEWI\NAME\A\A\MOORE,SEAN Redacted SEX=M<br>Query 2: *QN/NAME:MOORE/SEAN Redacted SEX:M<br>Query 3: IR<br>Redacted NAM/MOORE,SEAN.SEX/M.DOB Redacted APP/Y<br>Query 4: IM<br>Redacted MOORE,SEAN.M.AGE/42<br>Query 5: IN<br>L1MOORE,SEAN<br>Redacted | |
| 05:45:35 | DT13 | A08398 | OK | 4T202 Comment:HOUSE IS SEARCHED IT IS CLEAR NEED 1 UNIT TO 515 CAPITOL | |
| 05:45:50 | DT09 | A21662 | MISCN | 4T202 Comment:NEED ONE PATROL UNIT TO OBJECTIVE, 515 CAPITOL | |
| 05:46:02 | DT13 | A08398 | CHGLOC | 3I13E Location:MINERVA ST/CAPITOL AV, SF->515 CAPITOL AV, SF<br>LocDesc:at 521 CAPITOL AV, SF->btwn LOBOS ST and MINERVA ST<br>LocCross:btwn 22ND ST and 23RD ST->btwn LOBOS ST and MINERVA ST | |
| 05:46:39 | K251 | A21768 | MISCN | 3I15E Comment:MONSTR mask: Query 1:<br>LEWI\NAME\A\A\MOORE,SHAWN Redacted SEX=M<br>Query 2: *QN/NAME:MOORE/SHAWN.DOB Redacted SEX:M<br>Query 3: IR<br>Redacted NAM/MOORE,SHAWN.SEX/M.DOB Redacted APP/Y<br>Query 4: IM<br>Redacted MOORE,SHAWN.M.AGE/42<br>Query 5: IN<br>L1MOORE,SHAWN<br>Redacted | |
| 05:47:30 | DT09 | A21662 | ONSCN | SP32 | |
| 05:47:36 | DT09 | A21662 | MISCN | SP32 Comment:COMING OUT THE BACK | |
| 05:47:37 | K163 | A10870 | RI | 3H4E | |
| 05:47:54 | DT13 | A08398 | MISCN | 4T202 Comment:408 98 SFG | |
| 05:49:13 | DT13 | A08398 | MISCN | 3H115 Comment:3H11E WILL STAY OS UNTIL CSI ARRIVES | |
| 05:49:30 | K153 | A20187 | CHGLOC | 3I44 Location:515 CAPITOL AV, SF->SFGH | |
| 05:49:39 | K013 | A21561 | RI | 3G15E | |
| 05:49:58 | DT13 | A08398 | CLOS | 3H11E Location:SFGH->MAINTAINING CRIME SCENE | |
| 05:52:14 | K375 | A09628 | RI | 3H15E | |
| 05:53:16 | K375 | A09628 | RI | 3H15E | |
| 05:53:17 | K375 | A09628 | RI | 3H15E | |
| 05:53:31 | DT13 | A08398 | MISCN | Comment:1D10 97 | |

CERTIFIED COPY of original master file in the Office of Custodian of Records DO NOT DUPLICATE Dept. of Emergency Management City & County of San Francisco

Confidential                                                              CCSF-Moore 000377

**000065**

| CommandCAD | | | EVENT HISTORY DETAIL: Call 170060185 SAN FRANCISCO POLICE DEPARTMENT | | Friday, January 6, 2017 10:35:47 |
|---|---|---|---|---|---|

| Time | Unit | ID | Action | Details |
|---|---|---|---|---|
| 05:53:56 | DT09 | A21662 | CHGLOC | 3I2E Location:MAINTAINING CRIME SCENE->TARAVAL STATION, SF LocDesc:btwn LOBOS ST and MINERVA ST->at 2345 24TH AV, SF LocCross:btwn LOBOS ST and MINERVA ST->btwn SANTIAGO ST and TARAVAL ST |
| 05:54:05 | K186 | A21918 | RI | 3G13E |
| 05:54:05 | DT09 | A21662 | MISCN | 3I2E Comment:OTHER 1/2 UNIT IS WITH MEDIC AND SUBJ |
| 05:54:11 | K186 | A21918 | RI | 3G13E |
| 05:55:41 | K336 | A21612 | RI | 3H13E |
| 05:57:11 | DT13 | A08398 | MISCN | 3I44 Comment:RIDING TO SFG W/THE SUSP |
| 05:58:40 | K153 | A20187 | ONSCN | 3I44 |
| 05:59:07 | DT13 | A08398 | MISCN | 3I15E Comment:1/2 RIDING W/SUSP TO SFG |
| 05:59:12 | DT13 | A08398 | CHGLOC | 3I15E Location:TARAVAL STATION, SF->SF GENERAL HOSPITAL, SF LocDesc:at 2345 24TH AV, SF->at 1001 POTRERO AV, SF LocCross:btwn SANTIAGO ST and TARAVAL ST->btwn 22ND ST and 23RD ST |
| 05:59:43 | K336 | A21612 | CLEAR | 3H13E Type:XS->217 Dispo:ND |
| 06:00:31 | K106 | A21617 | CLEAR | 3H11E Dispo:ND |
| 06:00:49 | DT09 | A21662 | MISCN | 3H4E Comment:BWC FOOTAGE FROM THIS INCIDENT |
| 06:01:21 | K375 | A09628 | RI | 3H15E |
| 06:03:13 | K218 | A22163 | RI | 3H16E |
| 06:03:46 | K186 | A21918 | RI | 3G13E |
| 06:07:03 | K315 | A07844 | RI | 3G114 |
| 06:07:27 | K315 | A07844 | RI | 3G114 |
| 06:07:43 | DT13 | A08398 | MISCN | 3I115 Comment:CAPITOL BTWN LOBOS AND MINERVA FOR CRIME SCENE, ALL OTHER BLOCKS CAN BE OPENED UP |
| 06:09:08 | DT13 | A08398 | MISCN | 3I2E Comment:FACE PAGE IS READY FOR ALL UNITS WHO RESPONDED TO THE INCIDENT |
| 06:10:47 | DT09 | A21662 | CLEAR | SP51 |
| 06:11:43 | K186 | A21918 | RI | 3G13E |
| 06:12:57 | DT09 | A21662 | CLEAR | 3H115 |
| 06:13:05 | K013 | A21561 | RI | 3G15E |
| 06:16:35 | K013 | A21561 | MISCN | 3G15E Comment:MONSTR mask: Query 1: LEVVI\NAME\A\A\MOORE,SEAN\35 Query 2: *QN/NAME:MOORE/SEAN Query 3: IN L1MOORE,SEAN B35 |
| 06:17:16 | K013 | A21561 | MISCN | 3G15E Comment:MONSTR mask: Query 1: LEVVI\NAME\A\A\MOORE,SEAN Redacted Query 2: *QN/NAME:MOORE/SEAN.DOB Redacted Query 3: IN L1MOORE,SEAN B011474 |
| 06:18:17 | K186 | A21918 | RI | 3G13E |
| 06:19:30 | DT13 | A08398 | BACKOS | 1A120 Location:SF GENERAL HOSPITAL, SF->*COMMAND POST* MINERVA/CAPITOL |
| 06:20:50 | DT13 | A08398 | BACKOS | 5H21 |
| 06:22:55 | K013 | A21561 | CLEAR | 3G15E Dispo:ND |
| 06:26:38 | DT14 | A09792 | CLEAR | 4T9E |
| 06:30:26 | DT13 | A08398 | BACKOS | 3X401 |
| 06:30:41 | DT13 | A08398 | BACKOS | 3I300 |
| 06:31:03 | K320 | A21283 | RI | 3I2E |
| 06:31:04 | DT13 | A08398 | CHGLOC | 3I2E Location:*COMMAND POST* MINERVA/CAPITOL->515 CAPITOL AV, SF LocDesc:at 1001 POTRERO AV, SF->btwn LOBOS ST and MINERVA ST LocCross:btwn 22ND ST and 23RD ST->btwn LOBOS ST and MINERVA ST |
| 06:31:29 | K320 | A21283 | RI | 3I2E |
| 06:31:57 | DT13 | A08398 | MISCN | Comment:EB MINERVA/LOBOS FOR COMMAN VAN |
| 06:32:21 | DT13 | A08398 | MISCN | Comment:*CORRECTION* WB MINERVA/CAPITOL FOR COMMAN VAN |
| 06:32:28 | DT13 | A08398 | MISCN | Comment:*CORRECTION* WB MINERVA/CAPITOL FOR COMMAND VAN |
| 06:32:44 | DT09 | A21662 | BACKER | 1A27 Location:515 CAPITOL AV, SF->MINERVA ST/CAPITOL AV, SF |

Confidential                                                                                                                    CCSF-Moore 000378

| Time | Unit | ID | Action | Detail |
| --- | --- | --- | --- | --- |
| 06:33:09 | DT09 | A21662 | CLEAR | 3G13E |
| 06:33:48 | DT13 | A08398 | BACKOS | 5A400 Location:MINERVA ST/CAPITOL AV, SF->*COMMAND POST* MINERVA/CAPITOL |
| 06:34:08 | K320 | A21283 | ONSCN | 3I12E |
| 06:39:08 | DT32 | A09345 | MISC | Comment:MUNI INSPECTOR 98 TO CHECK IF MUNI M-LINE IS BEING AFFECTED BY INCIDENT |
| 06:43:09 | DT13 | A08398 | CLEAR | 3X301 |
| 06:53:55 | K217 | A08177 | MISCN | 3I115 Comment:SFPDMDCCMDLINE mask: Query 1: LEWI\NAME\A\A\MOORE,SEAN\25\SEX=M\RACE=B Query 2: *QN/NAME:MOORE/SEAN.RACE:B.SEX:M Query 3: IM [Redacted] MOORE,SEAN.M.AGE/25.RAC/B Query 4: IR [Redacted] NAM/MOORE,SEAN.SEX/M.AGE/25.RAC/B.APP/Y Query 5: IN  L1MOORE,SEAN B25 |
| 06:54:47 | K217 | A08177 | MISCN | 3I115 Comment:SFPDMDCCMDLINE mask: Query 1: LEWI\NAME\A\A\MOORE,SEAN [Redacted] SEX=M\RACE=B Query 2: *QN/NAME:MOORE/SEAN.DOB [Redacted] RACE:B.SEX:M Query 3: IM [Redacted] MOORE,SEAN.M. [Redacted] RAC/B Query 4: IR [Redacted] NAM/MOORE,SEAN.SEX/M.DOB [Redacted] RAC/B.APP/Y Query 5: IN  L1MOORE,SEAN [Redacted] |
| 07:07:49 | DT11 | A22527 | CLEAR | 3A11E |
| 07:07:49 | DT11 | A22527 | CLEAR | 3F12E |
| 07:10:39 | DT09 | A20575 | BACKER | 3I16A Operator:[Redacted] OperNames:DELGADO,NICHOLAS P. #2415; MCLAUGHLIN,DANIEL #2345 |
| 07:10:50 | DT09 | A20575 | CLOS | 3I16A Location:*COMMAND POST* MINERVA/CAPITOL->SF GENERAL HOSPITAL, SF LocDesc:btwn LOBOS ST and MINERVA ST->at 1001 POTRERO AV, SF LocCross:btwn LOBOS ST and MINERVA ST->btwn 22ND ST and 23RD ST |
| 07:12:39 | DT13 | A10771 | MISCN | 3I13E Comment:SEE IF ANYONE CAN 904 W/RED TAPE FOR CSI |
| 07:12:51 | DT13 | A10771 | MISCN | 3I15E Comment:W/TAPE 97 |
| 07:28:34 | DT13 | A20575 | BACKER | 3I204 Operator:[Redacted] OperNames:AHERNE,JAMES #1095 |
| 07:28:44 | K217 | A08177 | RI | 3I115 |
| 07:29:50 | K177 | A06165 | BACKER | 3I107 Location:SF GENERAL HOSPITAL, SF->521 CAPITOL AV, SF Operator:[Redacted] OperNames:YESITIS,MARK #592 |
| 07:29:54 | K177 | A06165 | ONSCN | 3I107 |
| 07:35:48 | K190 | A10742 | RI | 3I17E |
| 07:36:33 | DT09 | A05721 | CLEAR | 3H4E |
| 07:36:47 | DT09 | A05721 | CLEAR | 3H15E |
| 07:36:50 | DT09 | A05721 | CLEAR | 3H16E |
| 07:37:32 | DT09 | A05721 | CLEAR | 3H116 |
| 07:38:28 | DT09 | A05721 | PRMPT | 3I13E |
| 07:38:30 | DT09 | A05721 | PRMPT | 3I15E |
| 07:38:33 | DT09 | A05721 | PRMPT | 3I17E |
| 07:38:38 | DT09 | A05721 | PRMPT | 3I204 |
| 07:39:14 | DT09 | A05721 | PRMPT | 3I115 |
| 07:39:16 | DT09 | A05721 | PRMPT | 3I11E |
| 07:39:18 | DT09 | A05721 | PRMPT | 3I12E |
| 07:39:21 | DT09 | A05721 | PRMPT | 3I14E |
| 07:39:23 | DT09 | A05721 | PRMPT | 3I16E |
| 07:39:29 | DT09 | A05721 | PRMPT | 3I200 |
| 07:39:33 | DT09 | A05721 | PRMPT | 3I300 |

CERTIFIED COPY
of original master file in the
Office of Custodian of Records
DO NOT DUPLICATE
Dept. of Emergency Management
City & County of San Francisco

| CommandCAD | | | | EVENT HISTORY DETAIL: Call 170060185<br>SAN FRANCISCO POLICE DEPARTMENT | | Friday, January 6, 2017<br>10:35:47 |
|---|---|---|---|---|---|---|

| Time | Unit | ID | Action | Detail | |
|---|---|---|---|---|---|
| 07:39:36 | DT09 | A05721 | PRMPT | 3X401 | |
| 07:39:45 | DT09 | A05721 | PRMPT | 4T201 | |
| 07:39:53 | DT09 | A05721 | PRMPT | 4T202 | |
| 07:39:59 | DT09 | A05721 | PRMPT | 5H21 | |
| 07:40:07 | DT09 | A05721 | PRMPT | SP34 | |
| 07:40:07 | DT09 | A05721 | PRMPT | SP32 | |
| 07:40:07 | DT09 | A05721 | PRMPT | SP64 | |
| 07:40:09 | DT09 | A05721 | PRMPT | SP107 | |
| 07:40:11 | DT09 | A05721 | PRMPT | SP108 | 000067 |
| 07:40:13 | DT09 | A05721 | PRMPT | 1A27 | |
| 07:40:15 | DT09 | A05721 | PRMPT | 1A120 | |
| 07:40:28 | DT09 | A05721 | PRMPT | 3G114 | |
| 07:40:31 | DT09 | A05721 | PRMPT | 3G12E | |
| 07:40:34 | DT09 | A05721 | PRMPT | 3G14E | |
| 07:40:37 | K153 | A20187 | RI | 3I44 | |
| 07:40:43 | DT09 | A05721 | PRMPT | 3I17 | |
| 07:40:49 | DT09 | A05721 | PRMPT | 3I44 | |
| 07:41:03 | DT09 | A05721 | PRMPT | 5X108 | |
| 07:41:03 | DT09 | A05721 | PRMPT | 5X112 | |
| 07:41:03 | DT09 | A05721 | PRMPT | 5X113 | |
| 07:44:37 | DT09 | A05721 | CLEAR | 5A400 | |
| 08:10:18 | DT09 | A05721 | BACKOS | 3I115 Location:521 CAPITOL AV, SF->*COMMAND POST* MINERVA/CAPITOL | |
| 08:10:29 | DT09 | A05721 | CHGLOC | 3I115 Location:*COMMAND POST* MINERVA/CAPITOL->TARAVAL STATION, SF   LocDesc:at 1001 POTRERO AV, SF->at 2345 24TH AV, SF LocCross:btwn 22ND ST and 23RD ST->btwn SANTIAGO ST and TARAVAL ST Comment:F/U | |
| 08:32:22 | DT09 | A05721 | ONSCN | 3I115 | |
| 09:09:05 | DT09 | A01920 | BACKER | 3I28  Location:TARAVAL STATION, SF->521 CAPITOL AV, SF Operato Redacted OperNames:KAVANAGH,ANDREW #669 | |
| 09:25:24 | DT09 | A22532 | BACKER | 3I4B Operator Redacted OperNames:GODFREY,MARY #27 | |
| 09:26:21 | K299 | A00628 | RI | 3I4B | |
| 09:35:22 | K177 | A06165 | CLEAR | 3I107   Dispo:HAN | |
| 09:35:53 | K299 | A00628 | ONSCN | 3I4B | |

**CALL RECAP:**

| | | | |
|---|---|---|---|
| INITIATE: | 03:51:47 01/06/2017 | CALL NUMBER: | #0185 |
| ENTRY: | 03:57:07 01/06/2017 | CURRENT STATUS: | ONSCN |
| DISPATCH: | 03:57:25 01/06/2017 | PRIMARY UNIT: | 3I16E |
| ON SCENE: | 04:15:40 01/06/2017 | JURISDICTION: | SP |
| CLOSE: | | DISPOSITION: | HAN |
| ADDRESS: | Redacted | | |
| DAREA: | 3I | REPORT NUMBER: | PD170014484 |
| SECTOR: | I6 | TYPE: | 418 --> 217 SHOOTING |
| RA: | 853A | PRIORITY: | A |
| FIRE: | | PRIOR HISTORY: | Yes |
| CP: | | | |
| ADDRESS: | | | |
| PHONE: | | CAD TIMESTAMP: | |

*CERTIFIED COPY of original master file in the Office of Custodian of Records DO NOT DUPLICATE Dept. of Emergency Management City & County of San Francisco*

Confidential                                                                                                                CCSF-Moore 000380

| CommandCAD | EVENT HISTORY DETAIL: Call 170060185<br>SAN FRANCISCO POLICE DEPARTMENT | Friday, January 6, 2017<br>10:35:47 |
|---|---|---|

| | | | |
|---|---|---|---|
| OPERATOR ASSIGNMENTS: | | DT31 | A22802 |
| | | CADAPP | TIB |
| | | DT09 | A22217 |
| | | K370 | A21713 |
| | | DT09 | A04350 |
| | | DT13 | A08398 |
| | | K320 | A21283 |
| | | K114 | A22025 |
| | | K190 | A10742 |
| | | K037 | A22143 |
| | | K013 | A21561 |
| | | K333 | A05338 |
| | | K163 | A10870 |
| | | DT14 | A08953 |
| | | K308 | A21685 |
| | | SP03 | A01910 |
| | | K106 | A21617 |
| | | K251 | A21768 |
| | | DT03 | A06860 |
| | | K375 | A09628 |
| | | K217 | A08177 |
| | | DT11 | A08403 |
| | | K361 | A10610 |
| | | K306 | A21549 |
| | | K186 | A21918 |
| | | DT15 | A21661 |
| | | K007 | A22577 |
| | | K211 | A04989 |
| | | K112 | A21523 |
| | | DT09 | A09792 |
| | | DT16 | A08283 |
| | | K315 | A07844 |
| | AS OF 05:16:52: | DT13 | A08403 |
| | | DT10 | A05721 |
| | | K153 | A20187 |
| | | K218 | A22163 |
| | | DT09 | A21662 |
| | | K336 | A21612 |
| | | DT14 | A09792 |
| | | DT32 | A09345 |
| | | DT11 | A22527 |
| | | DT09 | A20575 |
| | | DT13 | A10771 |
| | AS OF 07:28:34: | DT13 | A20575 |
| | | K177 | A06165 |
| | | DT09 | A05721 |
| | AS OF 09:09:05: | DT09 | A01920 |
| | AS OF 09:25:24: | DT09 | A22532 |
| | | K299 | A00628 |

000068

CERTIFIED COPY
of original master file in the
Office of Custodian of Records
DO NOT DUPLICATE
Dept. of Emergency Management
City & County of San Francisco

Confidential                                                         CCSF-Moore 000381