EXHIBIT F

# EXHIBIT 6

<u>**PEOPLE V. SEAN MOORE**</u>

**STATEMENT OF OFFICER KENNETH CHA**
**DATE: 01-05-2017**

**COURT CASE NO.: 17000423**
**POLICE INCIDENT REPORT NO.: 170 014 484**

1
2
3
4

5    *At 00:10, Sgt. Gary Watts (#1594), Officer Kenneth Cha*
6    *(#1206), Scott Burrell (POA Rep), Sgt. Kyra Delaney (#1320), and*
7    *DAI York enter the room.*

8    *At 01:15 Sgt. Watts notes the time is 1424hrs and date is*
9    *January 7, 2017.*

10    *At 01:20, Sgt. Gary Watts (#1594), Officer Kenneth Cha*
11    *(#1206), Scott Burrell (POA Rep), Sgt. Kyra Delaney (#1320), and*
12    *DAI York introduce themselves.*

13    *At 02:03 Sgt. Watts provides Officer Cha with an admonition*
14    *that he is not under arrest or obligated to provide answers and*
15    *can leave whenever he wants.*

16    *At 03:10 Sgt. Watts ends his admonition and begins the*
17    *interview.*

18    SGT. WATTS:    And your full name is?

19    OFF. CHA:    Kenneth. K-E-N-N-E-T-H.

20    SGT. WATTS:    Cha?

21    OFF. CHA:    C-H-A.

22    SGT. WATTS:    Star number?

23    OFF. CHA:    1-2-0-6.

24    SGT. WATTS:    Date of Birth?

25    OFF. CHA:    Redacted

26    SGT. WATTS:    Date of entry, month and year,
27    approximately?

28    OFF. CHA:    September 2014, I believe.

GEORGE
GASCÓN
DISTRICT
ATTORNEY

1

| | | |
|---|---|---|
| 1 | SGT. WATTS: | Tour and assignment? |
| 2 | OFF. CHA: | Taraval Station |
| 3 | SGT. WATTS: | Currently there? |
| 4 | OFF. CHA: | Yes |
| 5 | SGT. WATTS: | And how long on your current assignment? |
| 6 | OFF. CHA: | I want to say maybe three to four months. |
| 7 | SGT. WATTS: | And your current shift? |
| 8 | OFF. CHA: | Uh. Midnight. |
| 9 | SGT. WATTS: | Twenty-one to 0-7? |
| 10 | OFF. CHA: | Yes. Nine to seven. 9pm to 7am. |
| 11 | SGT. WATTS: | And, uniform or plain-clothes assignment? |
| 12 | OFF. CHA: | Uniform patrol. |
| 13 | SGT. WATTS: | And your partner yesterday? |
| 14 | OFF. CHA: | Yesterday it was Officer Colin Patino. |
| 15 | SGT. WATTS: | Your call sign? |
| 16 | OFF. CHA: | We were in the 3-Ida-1-6-Edward. |
| 17 | SGT. WATTS: | And what firearm are you issued? |
| 18 | OFF. CHA: | Excuse me, sir? |
| 19 | SGT. WATTS: | What…what firearm are you issued by the |
| 20 | police department? | |
| 21 | OFF. CHA: | 6-Howard-P-2-2-6. |
| 22 | SGT. WATTS: | .40 Caliber? |
| 23 | OFF. CHA: | Yes sir. |
| 24 | SGT. WATTS: | Do you carry any second firearm? |
| 25 | OFF. CHA: | While on duty? |
| 26 | SGT. WATTS: | Yes |
| 27 | OFF. CHA: | I do not. |
| 28 | SGT. WATTS: | And were you the driver or the passenger in |

GEORGE
GASCÓN
DISTRICT
ATTORNEY

1   the vehicle yesterday?

2       OFF. CHA:       I was the passenger.

3       SGT. WATTS:     And was that vehicle marked?

4       OFF. CHA:       It was a marked police … police vehicle.

5       SGT. WATTS:     And prior to yesterday's shift, do you know

6   approximately how many hours sleep you got? And when you went to

7   bed?

8       OFF. CHA:       Let's see. I usually get about 7-8 hours of

9   sleep before work.

10      SGT. WATTS:     Do you wear prescription glasses?

11      OFF. CHA:       I do.

12      SGT. WATTS:     What kind of lenses? Is it for near-sighted

13  or far-sightedness?

14      OFF. CHA:       I am near-sighted.

15      SGT. WATTS:     Near-sighted.

16      OFF. CHA:       But they are mainly night glasses. I don't

17  have any change…

18      SGT. WATTS:     Ok.

19      SGT. WATTS:     And your last qualification date at the

20  range?

21      OFF. CHA:       I believe…I believe I qual'ed October. I

22  last qual'ed October 2016.

23      SGT. WATTS:     And you were in uniform yesterday, correct?

24      OFF. CHA:       I am in uniform. Yes, that's right.

25      SGT. WATTS:     Ok. I understand you have a statement you

26  want to read out. Please go ahead.

27      *At 05:46, Officer Cha removes his cellphone and reads his*

28  *statement.*

GEORGE
GASCÓN
DISTRICT
ATTORNEY

3

1    OFF. CHA:        You ready Sergeant?

2    SGT. WATTS:      Sure

3    OFF. CHA:        Ok. Early in the morning on January 6, 2017,

4    Officer Colin Patino and I responded to a call regarding a

5    violation of a restraining order. While attempting to discuss

6    the matter with the suspect, he became irate, aggressive, and

7    violent. During the encounter, the suspect, who was a large man,

8    made numerous threats of violence. At one point charged at us,

9    and I used pepper spray. He charged at us a second time and

10   engaged in a violent physical attack. He assaulted Officer

11   Patino by punching him and kicking him in the face and knocking

12   him down the flight of stairs. The suspect continued charging. I

13   shot the suspect two times with my firearm in order to defend

14   myself and my partner from serious bodily harm or death.

15   SGT. WATTS:      Ok. So, we'll leave this running and go view

16   the video and then you guys can get together. We'll come back

17   and ask you questions from your statement. Ok?

18   *Interview ends at 06:54*

19   *Interview continues at 33:29 on video*

20   SGT. WATTS:      We're back on, it's 1456. So Office Cha

21   you've had a chance to review with video with counsel?

22   OFF. CHA:        Yes Sergeant.

23   SGT. WATTS:       Okay, so I just wanted to go over the

24   event that happened yesterday, what you remember, how you felt,

25   your observations.

26   OFF. CHA:        So Officer Patino [unintelligible] dispatch

27   to 521 Capital. We've already been out on one call, it was a

28   report of a Restraining Order violation against his neighbor at

1  512 Capital.

2    Officer Patino and I we arrive on scene and Officer Patino

3  goes to meet with the 911 caller and I go to make contact with

4  the subject. It's something we commonly do because I'll get one

5  story, he'll get one story. We'll switch and then he'll get the

6  other story and I get the other story and then we'll strategize

7  because we feel like—or I feel like there's always a story to—

8  there's always two sides to a story.

9    Anyways, I go upstairs, I ring the doorbell and I hear who

10  the fuck is it, what the fuck do you want? And I say sir this is

11  SFPD I need to talk to you. He goes get the fuck off my steps,

12  get the fuck off my steps. Sir, I just want to talk to you. He

13  was very irate. He was from the beginning he was like from a ten

14  to a ten, ten out of ten in terms of anger.

15    He rips the front door open and comes out to the porch and

16  I'm trying to talk to him. I'm trying to do my best to calm him

17  down. I'm trying to defuse the situation, deescalate it by

18  talking at a normal, adequate voice while he was yelling at me.

19  He's continuing to make threats like get the fuck off my steps,

20  get the fuck off, I don't give a fuck, just—just using every

21  cuss word in the book.

22    Officer Patino comes to my left and I see that he has a

23  piece of paper in his hand and I believe that was the

24  Restraining Order that he had received from the 911 caller. So

25  it sounds like Officer Patino is trying to read over the

26  Restraining Order with him. He confirms his name. I remember the

27  subject confirmed with Officer Patino that that was his name.

28    The whole time he [unintelligible] get the fuck off my

GEORGE
GASCÓN
DISTRICT
ATTORNEY

5

1    steps, get the fuck off my steps. Continuously making complaints
2    to us. I'm still trying to calm him down. At the time
3    [unintelligible] this incident I felt like we had enough time to
4    distance because we were behind a—we had a locked gate between
5    us and I looked at that it was kind of like a typical San
6    Francisco upstairs gate where you need to flip the knob in order
7    to open it.

8         So he slams the door on us and so we go back to the
9    sidewalk, trying to strategize and then he starts making more
10   threats to us to get the fuck out of here but we're
11   investigating a situation, we were dispatched. And so we go back
12   upstairs and he starts making more threats to us and then I
13   remember him ripping open the front gate and his eyes were huge,
14   his chest was puffed out, his chin was high. I mean just your
15   textbook threat indicators that he was going to be assaultive.
16   And I gave him a warning but if he was going to attack us I was
17   going to have to pepper spray him. And, uh, unfortunately he did
18   just that. He tried to attack Officer Patino and I. He kicked me
19   in the face and then—while I was pepper spraying him.

20        During the—while Officer Patino were trying to retreat down
21   the stairs—it was really hard to retreat backwards, the stairs
22   were really, it was really close, it wasn't wide at all. And I
23   believe I passed Officer Patino while going down the stairs and
24   I may have—I did contaminate him with the pepper spray.

25        So I told Colin that I was going to get the radio. I needed
26   to get a 408 which is an ambulance. So we're on the sidewalk at
27   the time to create enough distance between the guy because he
28   was, I could just hear him just yelling at the top of his lungs

GEORGE
GASCÓN
DISTRICT
ATTORNEY

1  inside the house, pacing back and forth, banging on the wall,

2  banging on the window. And I was like dude I need to get an

3  ambulance not just for one person but for two now because

4  [unintelligible] render medical air if someone has been

5  contaminated with pepper spray. So my concern was I'm not really

6  192 [unintelligible] but I've got to make sure the scene is safe

7  because we can't have an ambulance come if the scene is still

8  hot and this guy was infuriated. And, uh, I don't know how but

9  he had ripped the Restraining Order from Officer Patino's hand.

10

11     And so we were trying to talk this guy down and I needed to

12  get him some medical aid and Officer Patino said hey I need that

13  Restraining Order back. And he came out violently and threw the

14  Restraining Order on the steps.

15     So, uh, the guy—the guy—the guy comes out, come out of the

16  house like a monster, just—this guy was huge, man. This guy was

17  like huge and he rips open the door, rips open the front gate.

18  He's threatening he's going to kick our ass or whatever, get the

19  fuck out of here. I'm just trying to help him out at this point

20  and he goes midway to the stairway and he kneels down. I believe

21  he was kneeling down to retrieve the Restraining Order, the 911

22  caller's Restraining Order. And, um, I see Officer Patino—

23  knowing, because I work with Officer Patino every day I know

24  that, you know, that was his [unintelligible] and this was the

25  perfect time to get him because he attention is on the

26  Restraining Order.

27     So I believe the—so as we come up to make the arrest he

28  sees us, he backs up a little bit and what I think he backed up

GEORGE
GASCÓN
DISTRICT
ATTORNEY

1  to get more of an advantage on us because the higher you are on

2  someone you have a tactical advantage. I see Officer Patino

3  conduct a baton strike to the guy's lower extremity and it

4  [unintelligible] at all. And, uh, he—he's like then he just

5  overwhelms Officer Patino and, uh, I hear this loud thud and he

6  had made an impact with Officer Patino's face with his hand. And

7  I just hear Officer Patino drop. He just nails him. I'm like oh

8  fuck and I knew at that point that my partner was done and I see

9  him rolling down the stairs and at that point I lose my baton

10  somehow. I'm not sure if it was from the suspect trying to

11  attack me or Officer Patino, his body rolling down the stairs

12  making me lose it. I just see him—I just see this guy just so

13  enraged coming at me in a violent manner, throwing his hand and

14  his feet towards me and, uh, I just remember retreating down the

15  stairs. I was about to fall down and I had nothing else to do

16  but I was in fear for my life and I was in danger of, you know,

17  great bodily injury or death. I don't even know what happened to

18  Colin.

19       And so I shot him. And, uh, when I discharged the firearm

20  there was like—it was like he had hit an invisible wall. Like I

21  was like holy shit, it fucking worked, he's not coming towards

22  me anymore. I remember him saying oh fuck and he ran back in the

23  house and, uh, at that point I just remember laying on the

24  sidewalk on my back. I don't know how I got on my back. I was

25  worried about Colin and [unintelligible] at that point. We had a

26  barricaded suspect who I had shot. I just remember—I remember

27  there was an email that came out from Captain Harte about two

28  weeks ago saying that we can't get an ambulance on scene unless

GEORGE
GASCÓN
DISTRICT
ATTORNEY

8

1  the scene is safe and I just remember being so pissed off

2  because Colin was fucked up and an ambulance wasn't going to

3  come until the scene was fucking safe. I was fucking pissed.

4  Sorry.

5      SGT. WATTS:      That's all right. Is there anything else?

6      OFF. CHA:      I just remember I just kept asking Colin if

7  he was all right, if he was all right and I told him to crawl

8  back behind a car. I just remember all this blood coming out of

9  his face and I just remember somehow I ended up behind a car and

10 I kept pointing my pistol at the front door and I was so locked

11 in and then I just remember hearing my old 35 Sergeant say Kenny

12 it's Brett, you're going to be all right. It's Brett, you're

13 going to be okay. And at that time I was like all right.

14     SGT. WATTS:      Pretty good. I've just got some questions

15 I want to ask you, okay. Just want to think about them real

16 quick. You said you landed on your back, is that right?

17     OFF. CHA:      On the—on the sidewalk.

18     SGT. WATTS:      On the sidewalk, okay. When you're lying

19 on your back did you hit your head at all? Did you get any other

20 injuries, you don't remember?

21     OFF. CHA:      No, I don't remember.

22     SGT. WATTS:      You said you took out your O.C. spray,

23 your pepper spray. You mentioned that your partner got some of

24 this pepper spray. Did the—did the suspect get sprayed as well?

25     OFF. CHA:      Yes.

26     SGT. WATTS:      Did you see any reaction from the suspect

27 when he was sprayed?

28     OFF. CHA:      Yes. It actually made him back up and run

GEORGE GASCÓN DISTRICT ATTORNEY

9

1 back to his house. The only reason why I deployed the pepper

2 spray is because he made a very—he ripped open the front gate

3 and started charging us. So in fear of our safety as we

4 retreated I began pepper spraying him.

5     SGT. WATTS:    Have you ever had any prior calls to that

6 same residence 515 Capital?

7     OFF. CHA:    I recall maybe having one—one dispatched

8 call to the, uh, to 521 Capital, not 515.

9     SGT. WATTS:    When was that?

10     OFF. CHA:    I may have been maybe one or two months ago.

11     SGT. WATTS:    And what was that call for?

12     OFF. CHA:    The—the neighbor had asked what he should do

13 in terms of his neighbor. He said that he thinks he made a dent

14 in his car with his foot. I said do you have any way to prove

15 that? He said he didn't. He said his neighbor was like verbally

16 abusive to everyone in the neighborhood.

17     SGT. WATTS:    This is the 521 neighbor, right?

18     OFF. CHA:    Yes, the next door neighbor.

19     SGT. WATTS:    Is he also the victim in this Restraining

20 Order?

21     OFF. CHA:    Yes, sir.  That the suspect made a—put a

22 hole on his wall. He asked what should be done and I advised to

23 go to 400 McAllister Street to get a civil Restraining Order

24 against him if he feel threatened in any way. And once he get

25 the Restraining Order and it's signed by the judge if anything

26 happens after that we can take—we can conduct further

27 intervention. And I believe that may have been why he got the

28 Restraining Order.

GEORGE
GASCÓN
DISTRICT
ATTORNEY

1    SGT. WATTS:        Okay, very good. Any prior contact with

2  Sean Moore?

3    OFF. CHA:        Never.

4    SGT. WATTS:        Was Moore holding anything in his hands

5  during the contact?

6    OFF. CHA:        He had something—he had a dark object in his

7  hand and this was after he had been pepper sprayed. I remember

8  him coming out of the house with something in his hand and I

9  just remember thinking like what is that, like I was—I remember

10  like my brain just trying to like just think I've got to slow

11  this down, like what is he holding, you know. I've got to get

12  him aid, Colin's sprayed, now what's going on? I'm trying to

13  assess the situation and I don't know what that was.

14    SGT. WATTS:        And it was you who used the O.C. pepper

15  spray?

16    OFF. CHA:        It was.

17    SGT. WATTS:        Did you use your Department issued baton?

18    OFF. CHA:        I attempted to.

19    SGT. WATTS:        Okay. What training have you had for that

20  baton?

21    OFF. CHA:        Department issue training for the RCB.

22    SGT. WATTS:        Okay. And when was that training?

23    OFF. CHA:        Maybe a year ago maybe.

24    SGT. WATTS:        How many times have you used the RCB baton

25  and what were the results if you've used it?

26    OFF. CHA:        I had used it about one and a half months

27  prior to this and it resulted in compliance with the armed

28  suspect.

GEORGE
GASCÓN
DISTRICT
ATTORNEY

11

1      SGT. WATTS:        In affecting an arrest?

2      OFF. CHA:        Yes, sir.

3      SGT. WATTS:        Okay. Did you request backup at all?

4      OFF. CHA:        I didn't because I was already hearing on

5  the radio that everybody was coming Code 3 to our location.

6      SGT. WATTS:        Did you request a Supervisor to the scene?

7      OFF. CHA:        I had already heard that my Sergeant, the—I

8  remember hearing his call sign Ida 115—that he was responding

9  Code 3.

10      SGT. WATTS:        And that was on the air, right?

11      OFF. CHA:        Yes, sir.

12      SGT. WATTS:        Did Moore ever respond to your verbal

13  commands?

14      OFF. CHA:        No.

15      SGT. WATTS:        Did you lose your baton?

16      OFF. CHA:        Yes.

17      SGT. WATTS:        Did you strike the subject with the baton

18  at any time?

19      OFF. CHA:        I did not.

20      SGT. WATTS:        Did you ever see the suspect pick up the

21  baton?

22      OFF. CHA:        I don't know. The suspect, Colin and I, we

23  were so close to each other it was—

24      SGT. WATTS:        How many shots did you fire?

25      OFF. CHA:        I believe I shot him twice. I shot twice.

26      SGT. WATTS:        And what happened after that, after you

27  shot twice what did you see?

28      OFF. CHA:        I remember, I just remember like the echo

GEORGE
GASCÓN
DISTRICT
ATTORNEY

1  because it was such close quarters and I just remember him

2  saying oh fuck or something to that [unintelligible] and he

3  immediately stopped coming after me and he made a quick turn and

4  ran right back into his house. And then somehow I ended up on my

5  back on the sidewalk.

6    SGT. WATTS:    What injuries did you receive?

7    OFF. CHA:    At that time I had like—it's hard to

8  explain. Like I had blunt pain to my face. I had, um, pepper

9  spray irritation and I still have right leg—right lower leg

10  pain.

11    SGT. WATTS:    What else?

12    SGT. DELANEY:    Just one question. Just going back, when

13  you said they're at the same time or when he—when you—before

14  during the time that you deployed your O.C. and you said he

15  kicked you did—did he make impact with you?

16    OFF. CHA:    I believe so. And—yes.

17    SGT. DELANEY:    And was that—do you remember was it your

18  face, your leg or—

19    OFF. CHA:    My face.

20    SGT. DELANEY:    Okay.

21    BURRELL:    I don't know—did you say before, I don't

22  know?

23    SGT. DELANEY:    So I was just going back in his

24  statement where he said, you know, after—I was just trying to

25  get the timing of was it at the same time these pepper—you know,

26  that he said he gave a verbal warning and then he advanced and

27  then did he—did, uh, Mr. Moore kick you before, during, or after

28  the pepper spray?

GEORGE
GASCÓN
DISTRICT
ATTORNEY

13

1    OFF. CHA:        During.

2    SGT. DELANEY:      I was just kind of getting—

3    BURRELL:        Okay, yeah.

4    SGT. DELANEY:      I'm sorry—to make that clear.

5    OFF. CHA:        During [unintelligible].

6    SGT. DELANEY:      Okay. So as you're pepper spraying him

7  he kicked you in the face?

8    OFF. CHA:        Yes.

9    SGT. DELANEY:      All right.

10    BURRELL:        Along that same subject, when he kicked you

11  in the face do you remember did he have shoes on or barefoot or

12  socks?

13    OFF. CHA:        I don't know. I just—I just remember seeing

14  a big—sorry—I just remember seeing a big-ass foot.

15    BURRELL:        And did you feel that was a significant

16  collision? I mean, it wasn't a brush, glance, was it a—how would

17  you describe the contact?

18    OFF. CHA:        Violent, it was violent.

19    BURRELL:        Okay. And, um, when you were up—I believe you

20  said you were running up the stairs at some point you lost your

21  baton, was that on the stairs, the top of the stairs, the

22  bottom, do you have a recollection?

23    OFF. CHA:        I don't remember. It was—I remember going up

24  the stairs to bring the guy under arrest and I just remember—I

25  just remember the violent melee between Officer Patino and the

26  suspect and at that time I don't know what happened to the

27  baton. I don't know if he ripped it out, if when Colin got

28  knocked out or whatever he [unintelligible] and I lost it at

GEORGE
GASCÓN
DISTRICT
ATTORNEY

14

1  that point. I just know I—I lost my baton.

2      BURRELL:      And did you have it out in your hand or was

3  it in the scabbard?

4      OFF. CHA:      I had it in my hand, getting ready to

5  assist.

6      BURRELL:      Okay. And then at the end you said you fell

7  down here at the bottom. Do you have no—how, how you went down?

8  At some point you ended up on the ground on your back.

9      OFF. CHA:      The last thing I remember is—is firing,

10 firing my weapon and I just remember being on my back with my

11 gun towards the door. I was on the sidewalk on my back.

12     BURRELL:      And when you're down on the ground now you're

13 waiting for backup did you have any time or take an assessment

14 of your injuries, of your status?

15     OFF. CHA:      No.

16     BURRELL:      You could look over and you could see Colin,

17 you said there was blood coming from his face?

18     OFF. CHA:      He was, yeah, he was just jacked up.

19     BURRELL:      You couldn't move over to him?

20     OFF. CHA:      No because I'm trying to—I'm trying to make

21 sure that he doesn't come back out and attack us, that's why I

22 was telling Colin to get cover.

23     BURRELL:      And at some point when backup got there they

24 dragged you back, is that correct?

25     OFF. CHA:      Yes.

26     BURRELL:      Did you feel you could move at that point?

27     OFF. CHA:      I was—I was, I don't know if I was just in

28 shock or what but I was—I was—I felt frozen. I don't know what

GEORGE
GASCÓN
DISTRICT
ATTORNEY

15

1  it is, what it's called but I was stressed, I don't know.

2      SGT. WATTS:      We're good. Just give us two minutes.

3      [pause]

4      SGT. WATTS:      All right, just a couple of questions just

5  to clarify that I wanted to—I meant to ask before but—and I

6  wrote it down. Illumination—did you have your flashlight out?

7      OFF. CHA:      I did.

8      SGT. WATTS:      Okay. And then, uh, where were you

9  directing that beam of light?

10     OFF. CHA:      Towards the porch.

11     SGT. WATTS:       Towards the porch.

12     OFF. CHA:      Yeah, and the subject.

13     SGT. WATTS:       And the subject. And whereabouts were you

14  directing the light? Was it center-mass, was it low, was it in

15  his face?

16     OFF. CHA:      You mean—at?

17     SGT. WATTS:       At Moore?

18     OFF. CHA:      Right. Is this during the whole encounter or

19  what are you talking about?

20     SGT. WATTS:       How about from the whole encounter? I

21  mean—

22     OFF. CHA:      I had my flashlight on.

23     SGT. WATTS:       Right, okay. Was it ever in his face or

24  was it—

25     BURRELL:      Were you directing it?

26     OFF. CHA:      No, it was not in his face, yeah, yeah.

27     SGT. WATTS:       All right.

28     OFF. CHA:      No, that—that will piss someone off so I'm

GEORGE
GASCÓN
DISTRICT
ATTORNEY

16

1   not trying to.

2       SGT. WATTS:      Okay. And then I asked it before but I

3   asked if you remember receiving any head injuries. You were

4   kicked and you were kicked where?

5       OFF. CHA:       In the front—front of the face.

6       SGT. WATTS:      Okay, all right. And that was during the

7   O.C. deploying?

8       OFF. CHA:       Yes, sir.

9       SGT. WATTS:      All right. Did you ever lose consciousness

10  at all during the event?

11      OFF. CHA:       No.

12      SGT. WATTS:      Okay. Colin's been struck in the face,

13  he's going down the stairs. You lose your baton. You said you

14  feared for Colin. You're in fear for your life. Tell me what was

15  going through your mind after you lost your baton and you lose

16  sight of your partner?

17      OFF. CHA:       I thought I was going to die. I thought—I

18  thought this guy was going to just—just go to town on me. Like

19  the look on his face like if I closed my eyes it's like

20  literally burned in my eyeballs. Like the huge yes, this—

21  Sergeant, when he was coming down the stairs it was like this

22  big tidal wave. In my heart I knew that Colin and I, our lives

23  were in great bodily harm or we were going to die and I already

24  know just hearing Colin that he was already in great bodily harm

25  and—

26      SGT. WATTS:      Did you ever lose your balance at any

27  point?

28      OFF. CHA:       I believe I had because I don't remember how

GEORGE
GASCÓN
DISTRICT
ATTORNEY

1 I ended up on my back on the sidewalk.

2    SGT. WATTS:       And this happened after you pulled your

3 service weapon?

4    OFF. CHA:       Yes.

5    SGT. WATTS:       And after you fired?

6    OFF. CHA:       And then the next thing I remember I'm on my

7 back. I'm not sure if it was from tumbling or from the recoil, I

8 don't know.

9    SGT. WATTS:       You just remember being on your back after

10 the fight and then the subject going inside the house?

11    OFF. CHA:       Yeah.

12    SGT. WATTS:       Oh fuck [unintelligible].

13    OFF. CHA:       Is he going to come back out with a freaking

14 gun, a knife, like I've got to hold my stance because Colin he's

15 out of the game. He's out of the fight because it's just me.

16    BURRELL:       Once backup's there, you're on the ground on

17 your back, it's just the two of you. The backup shows up, he

18 drags you back. Do you remember the officers telling you to

19 holster or do you remember what happened when you were

20 holstering your weapon or securing your firearm at some point?

21    OFF. CHA:       Yeah. Someone had secured my weapon in my

22 holster for me.

23    BURRELL:       Why is that?

24    OFF. CHA:       What?

25    BURRELL:       Why did somebody have to do it for you?

26    OFF. CHA:       Because—probably because I was under a lot

27 of stress at the time. I was—I was fixated on the house. I was

28 worried he was going to come back out.

GEORGE
GASCÓN
DISTRICT
ATTORNEY

18

1    SGT. DELANEY:    When—I know he went—you said he went

2 back in a couple times and you could hear him yelling. When he

3 was going back in what's going through your mind or what are—

4 what—I know you said you could hear him yelling and banging. Did

5 you hear anything else or can you talk a little more about that?

6    OFF. CHA:    At which point?

7    SGT. DELANEY:    So when he's going back in the house how

8 long at the periods he's going back in the house and what are

9 you thinking when he goes back in, is there—

10    OFF. CHA:    I was—I was just trying to assess the whole

11 the situation, like, like honestly I just wanted to get his side

12 of the story. I just—my whole concern was hey let's deescalate

13 the situation, you know. We're using good time and distance. We

14 retreated back to the sidewalk. We're going back up to talk to

15 him. He's going back in the house just cursing his—nonstop and

16 I'm like okay, what's going on? Let's—let's—how are we going to

17 resolve this? That's what I'm thinking.

18    SGT. WATTS:    Was there ever concern that there was

19 another person in the house?

20    OFF. CHA:    It was never my concern until the shots were

21 fired. At that point I didn't know what was going to happen.

22    SGT. WATTS:    Okay. We're good. Thanks Ken.

23    **END OF DOCUMENT**

24

25

26

27

28

GEORGE
GASCÓN
DISTRICT
ATTORNEY

19