EXHIBIT G

# EXHIBIT 7

San Francisco Police Department
### INCIDENT REPORT

Report Type: **Initial**

**170014484**

**Incident Report** *Statement*

### INCIDENT NO.

| 1 | 7 | 0 | 0 | 1 | 4 | 4 | 8 | 4 |
|---|---|---|---|---|---|---|---|---|

| Name (Last,First,Middle) | DOB/Age | Residence Phone(Day/Night) | Business Phone (Day/Night) |
|---|---|---|---|
| Griffin, Patrick T 1835 | | | 415/614-3400 |

| Residence | Zip Code | Business Address / City if not San Francisco | Zip Code |
|---|---|---|---|
| | | 850 Bryant Street, SF | 94103 |

| Date of Statement | Time Started | Time Completed | Location Where Statement Taken |
|---|---|---|---|
| 01/06/17 | 07:00 | 07:35 | At Scene ☐    Other:  TACT |

On 01/06/2017, I was notified regarding a barricaded suspect at 515 Capitol Av. I responded to the scene as Spec 107 and arrived at the command post at approximately 0500 hours. Upon arrival I was briefed regarding the incident and learned that the suspect, identified as Sean Moore had sustained gunshot wounds and had barricaded himself in the residence of 515 Capitol Av. Based on the exigency to render medical aid to Moore as quickly as possible, 4T201 Lt. Mar #1829 devised a plan for members of the Specialist Team to respond to the front door of 515 Capitol Av. and attempt to communicate with Moore in hopes of having him surrender.

Lt. Mar, Sgt. Lalor #873 and I briefed Specialist's Sgt. Foltz #1971, Ofc. Buhagiar #1277, Ofc. Dragon #7, Ofc. Willkom #4172, Ofc. Khmarskiy #1382 and HNT Sgt. McWilliams #1227 regarding the plan. At approximately 0534 hours, Sgt. Foltz, Sgt. McWilliams, Ofc. Buhagiar, Ofc. Dragon, Ofc. Willkom, Ofc. Khmarskiy and I tactically moved to the front door of 515 Capitol Av. and approached the front door. As we reached the front door past the security gate, Sgt. McWilliams attempted to speak to Moore through the front door. Almost immediately, Moore opened the front door and stepped back into the hallway at the threshold of the front door. I could see that Moore had at least one gunshot wound to the abdomen and was bleeding. I requested Moore come out of the residence in order for him to receive medical care, but he refused and wanted to use the restroom. Due to the gunshot wound sustained by Moore and in order to gain control of him as quickly and safely as possible, I entered the residence and continued speaking with Moore requesting he exit the residence and give up. Moore continued to refuse, at which time I was able to grab hold of Moore's left wrist and place it to the rear of his body. As I was taking control of Moore's left arm, Ofc. Buhagiar entered the residence and took control of Moore's right arm at which time we placed him is plastic "flex cuffs" and into custody without incident. We then walked Moore out of the residence, down the stairs where he was transported to SFGH by SFFD Medic 65. It should be noted that Moore was coherent and mobile during the entire encounter. The above listed Specialists and I conducted a protective sweep of residence and secured the premise. Upon exiting the residence, I could see two expandable batons as well as a body worn camera on the ground in front of the residence.

**000035**