1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  CHRISTOPHER B. WHITMAN, State Bar #223636
   KELLY COLLINS, State Bar #277988
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-4240
   Facsimile:    (415) 554-3837
7  Email:        chris.whitman@sfcityatty.org
   Email:        kelly.collins@sfcityatty.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
10 KENNETH CHA and COLIN PATINO

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14 SEAN MOORE, an individual,                  Case No. 3:18-cv-00634-SI

15      Plaintiff,                             **DEFENDANTS' NOTICE OF MANUAL FILING**

16      vs.
                                               Hearing Date:  December 4, 2020
17 CITY AND COUNTY OF SAN                      Time:          10:00 a.m.
   FRANCISCO, a municipal corporation;        Place:         Courtroom One, 17th Floor
18 KENNETH CHA, individually and in his                      450 Golden Gate Ave.
   capacity as a City of San Francisco Police                San Francisco, CA 94102
19 Officer; COLIN PATINO, individually and in
   his capacity as a City of San Francisco Police  Trial Date:   February 8, 2021
20 Officer; and DOES 1-50, inclusive,

21      Defendants.

24                      **MANUAL FILING NOTIFICATION**

25      Regarding:  EXHIBITS A and B to Declaration of Kathryn Waaland filed in support of

26 Defendants' Motion for Summary Judgment:

27      This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's

28 office.

Defendant's Ntc of Manual Filing         1                    n:\lit\li2018\171372\01499943.docx
Case No. 3:18-cv-00634-SI

1   If you are a participant on this case, this filing will be electronically served via FTP link shortly.

2   For information on retrieving this filing directly from the court, please see the court's main web site

3   at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

4   This filing was not e-filed for the following reason(s):

5   1. ☐ Unable to Scan Documents

6   2. ☐ Physical Object (please describe): Still Photos

7   3. ☑ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

8   4. ☐ Item Under Seal

9   5. ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

10   ☐ Other (please describe):

11

12   Regarding: EXHIBIT A to Declaration of Kirsten Walker filed in support of Defendants'

13   Motion for Summary Judgment:

14   This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's

15   office.

16   If you are a participant on this case, this filing will be electronically served via FTP link shortly.

17   For information on retrieving this filing directly from the court, please see the court's main web site

18   at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

19   This filing was not e-filed for the following reason(s):

20   1. ☐ Unable to Scan Documents

21   2. ☐ Physical Object (please describe): Still Photos

22   3. ☑ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

23   4. ☐ Item Under Seal

24   ///

25   ///

26   ///

27   ///

28   ///

Defendant's Ntc of Manual Filing                    2                    n:\lit\li2018\171372\01499943.docx
Case No. 3:18-cv-00634-SI

5. ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☐ Other (please describe):

DATE: December 14, 2020

DENNIS J. HERRERA
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
CHRISTOPHER B. WHITMAN
KELLY COLLINS
Deputy City Attorneys

By: */s/ Kelly Collins*
KELLY COLLINS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KENNETH CHA and COLIN PATINO

## PROOF OF SERVICE

I, KASSY ADAMS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On December 14, 2020, I served the following document(s):

**DEFENDANTS' NOTICE OF MANUAL FILING**
**with FTP Link to Media Filed Manually**

on the following persons at the locations specified:

| | |
|---|---|
| John L. Burris, Esq.<br>LAW OFFICES OF JOHN L. BURRIS<br>Airport Corporate Center<br>7677 Oakport Street, Suite 1120<br>Oakland, CA 94621<br>Telephone: 510-839-5200<br>Fax: 510-839-3882<br>E-Mail: john.burris@johnburrislaw.com<br><br>*Attorneys for Plaintiff* | Adante D. Pointer, Esq.<br>Patrick Buelna, Esq.<br>POINTER & BUELNA, LLP<br>LAWYERS FOR THE PEOPLE<br>Well Fargo Center<br>1901 Harrison St., Suite 1140<br>Oakland, CA 94612<br>Tel: 510-929-5400<br>Email: APointer@LawyersFTP.com<br>Email: PBuelna@LawyersFTP.com<br><br>*Attorneys for Plaintiff* |

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: kassy.adams@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed December 14, 2020, at San Francisco, California.

*/s/ Kassy Adams*
KASSY ADAMS