# EXHIBIT C



1  **SEAN MOORE vs. CITY AND COUNTY OF SAN FRANCISCO**
2  **CASE/FILE NO.:   171372**
3
4  **CAD CALL: 0355-0358 dt09**
5  **DATE OF CALL:   01/06/2017**
6
7
8      [AUTOMATED MESSAGE]
9      DISPATCH: [Adam] George 13, over.  It's a Black male, 40 to
10 50.  He's wearing a leather jacket, blue jeans, black shoes.
11     UNIDENTIFIED MALE:  Copy.  [UNINTELLIGIBLE]
12     DISPATCH: 10-4.
13     [PAUSE]
14     DISPATCH: Taraval 6, priority 418, 521 Capital, cross of
15 Lobos and Minerva.
16     IDA 16 EDWARD: [UNINTELLIGIBLE]
17     DISPATCH: Ida 16 Edward, 10-4.  Uh, the RP has a restraining
18 order against a neighbor.  The neighbor is violating by hitting
19 the wall in the middle of the night.  The neighbor's name is Sean
20 Moore, Black male, 40 years old, six feet tall, heavy build, in
21 unit [Redacted].  The RP is gonna be [Redacted].
22     GEORGE 13 EDWARD:   George 13 Edward, advising Code 4, 905
23 with mini.  4 to 6 injured, the one [UNINTELLIGIBLE].
24     **END OF DOCUMENT**
25
26
27
28